# ASTM's Memorandum of Law in Support of ASTM's Revised Motion for Preliminary Injunction

# FILED UNDER SEAL