**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No. 2:24-cv-01895-AB |

**DEFENDANTS' UPCODES, INC., GARRETT REYNOLDS, AND SCOTT REYNOLDS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "Defendants") are filing today an Amended Answer in response to the Plaintiff's Motion to Dismiss Defendants' Counterclaims (ECF No. 57). Rule 15 permits Defendants to amend their pleading by July 30, 2024—21 days after Plaintiff filed its Rule 12(b) motion. *See* Fed. R. Civ. P. 15(a)(1)(B) (a party may "amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)"). The timely filed Amended Answer no longer asserts the counterclaims that Plaintiff moved to dismiss. Defendants therefore respectfully request that the Court deny Plaintiff's motion as moot.

Dated: July 23, 2024

Respectfully submitted,

*/s/ Joseph C. Gratz*

By: Joseph C. Gratz (*pro hac vice*)
JGratz@mofo.com
Hannah Jiam (*pro hac vice*)
HJiam@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Allyson R. Bennett (*pro hac vice*)
Mark D. Marciszewski (*pro hac vice*)
MMarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892-5200
Facsimile: 213.892-5454

Bonnie M. Hoffman (PA ID No. 201140)
bhoffman@hangley.com
Thomas N. Brown (PA ID No. 321008)
tbrown@hangley.com
Jason A. Levine (PA ID No. 306446)
jlevine@hangley.com
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215.568.6200
Facsimile: 215.568.0300

*Attorneys for Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds*

## CERTIFICATE OF SERVICE

I, Joseph C. Gratz, certify that on July 23, 2024, I caused a copy of the foregoing, Defendants' UpCodes, Inc., Garrett Reynolds, and Scott Reynolds' Opposition to Plaintiff's Motion to Dismiss Defendants' Counterclaims to be served via the Court's CM/ECF System upon all counsel of record.

*/s/ Joseph C. Gratz*
Joseph C. Gratz