**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,

Plaintiff,

v.

UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,

Defendant.

Case No. 2:24-cv-01895-AB

**AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, IFIXIT, INC., AND PUBLIC KNOWLEDGE'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Electronic Frontier Foundation ("EFF"), iFixit, Inc., and Public Knowledge respectfully move for leave to file the attached *amicus curiae* brief. Defendants have consented to the filing. Plaintiff opposes.

## I. Statement of Interest

EFF is a member-supported, nonprofit civil liberties organization that has worked for more than 30 years to protect free expression, access to knowledge, and innovation. EFF, its more than 30,000 members, and the community of technology users they represent have a strong interest in a copyright system that promotes the progress of science by balancing copyright incentives with countervailing constitutional interests.

Consistent with this mission, EFF provides a variety of pro bono legal services in matters implicating digital rights. Most notably here, EFF was lead counsel for defendant Public Resource in *ASTM v. Public.Resource.Org*. EFF also frequently appears as *amicus curiae* in novel copyright cases, provides free legal counseling on copyright issues, and advocates for balanced copyright policy in legislative and regulatory fora. EFF brings a critical and underrepresented perspective to its amicus advocacy work by keeping the public interest at the forefront and highlighting how judicial decisions may impact people other than commercial stakeholders or the immediate parties to a dispute.

iFixit is the world's largest free repair manual, with 109,029 step-by-step repair guides as of July 2024, for everything from toasters to tractors, many of them consisting of complicated electronics. These devices are governed by thousands of standards, and being able to understand those standards is important to repair professionals and enthusiasts worldwide. iFixit has also been directly involved in the development of standards including EN45554, UL-110, IEEE 1874-2013 (oManual), and IEEE 1680 (EPEAT). The company's participation in these standards has been aimed at making products more repairable and recyclable. Wider access to these standards increases the potential adoption of repairability best practices, which could reduce waste, limit unnecessary manufacturing, and

benefit consumers worldwide through lower repair costs and greater repair availability.

Public Knowledge is a consumer rights organization that defends the rights of internet users, as well as libraries, archives, and cultural institutions, including their ability to freely access the law and other public materials. Public Knowledge promotes balanced intellectual property policies that promote the public interest by ensuring that the rights granted to authors and other creators are balanced with the public's need to access information.

## II. *Amici* Are Not Affiliated With Any Party.

No party's counsel authored the accompanying brief in whole or in part, and no party, nor any party's counsel, contributed money towards its preparation. No person other than *Amici*, their members, or their counsel contributed money that was intended to fund preparing or submitting this brief.

## III. The Attached Brief Offers a Unique Perspective and Will Aid the Court.

*Amici* respectfully seek leave to file an amicus curiae brief in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction because we are greatly concerned about the possible consequences that granting such a motion will have on the free speech and due process rights of the millions of people affected, directly or indirectly, by standards incorporated by reference into law. Our brief discusses these consequences, related constitutional considerations,

and the role of the public interest in the fair use analysis. *Amici* hope this perspective will inform the Court's consideration of Plaintiff's motion.

*Amicus* submissions are "especially proper" in cases like this one, "where an issue of general public interest is at stake." *Liberty Res., Inc. v. Philadelphia Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005) (Brody, J.). Among other helpful roles:

> [s]ome friends of the court are entities with particular expertise not possessed by any party to the case. Others argue points deemed too far-reaching for emphasis by a party intent on winning a particular case. Still others explain the impact a potential holding might have on an industry or other group.

*Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.) (citing Luther T. Munford, *When Does the Curiae Need an Amicus?*, 1 J. App. Prac. & Process 279, 281 (1999)).

*Amici* fulfill these roles by elaborating the myriad practical implications of allowing a private party to control access to the law for individuals and organizations not represented in this litigation, as well as the constitutional and historical frameworks that form the backdrop for copyright jurisprudence in this area. *Amici*'s expertise is rooted in our deep experience working with repair professionals (iFixit) and advocating for the public interest in judicial, legislative, and regulatory contexts (all *Amici*).

In preparing the proposed brief, *Amici* have reviewed the available filings of both parties and endeavored to raise arguments and perspectives not offered by the parties that incorporate the public's interests. Without this broader context, this Court would "be deprived of a resource that might have been of assistance." *Neonatology Assocs.*, 293 F.3d at 133.

For the foregoing reasons, *Amici* respectfully request leave to file the attached *amicus curiae* brief.

Dated: August 2, 2024

Respectfully submitted,

/s/ *Samuel W. Silver*

Samuel W. Silver (Pa. ID 56596)
Abigail T. Burton (Pa. ID 334450)
WELSH & RECKER, P.C.
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
aburton@welshrecker.com

*Attorneys for Amicus Curiae Electronic Frontier Foundation, iFixit, Inc., and Public Knowledge*

## CERTIFICATE OF SERVICE

I, Samuel W. Silver, certify that on August 2, 2024, I caused a copy of the foregoing Motion for Leave to File Amici Brief to be served via the Court's CM/ECF System upon all counsel of record.

Dated: August 2, 2024

/s/ *Samuel W. Silver*
Samuel W. Silver