**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>No. 24-1895 |
| UPCODES, INC., *et al.*,<br>Defendants. | : | |

**ORDER**

**AND NOW**, this 14th day of August, 2024, it is **ORDERED** that Amici Curiae Electronic Frontier Foundation, iFixit, Inc., and Public Knowledge's Motion for Leave to File Amicus Brief (ECF No. 71) is **GRANTED**. In the Third Circuit, "a district court's decision to accept or reject an amicus filing is entirely within the court's discretion." *In re Nazi Era Cases Against German Defendants Litigation*, 153 Fed. App'x. 819, 827 (3d Cir. 2005).

_s/ANITA B. BRODY, J.___ ____
ANITA B. BRODY, J.