# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No. 2:24-cv-01895-AB |

## ORDER

**AND NOW**, this 5th day of September, 2024, this Court having considered Plaintiff American Society for Testing and Materials d/b/a ASTM International's Motion to Dismiss Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds' ("Defendants") Counterclaims (the "Motion"), Defendants' Opposition to the Motion, and Defendants' Amended Answer, it is hereby **ORDERED** that the Motion is **DENIED** as moot.

    s/ANITA B. BRODY, J.
Honorable Anita B. Brody
United States District Judge