# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, <br>     Plaintiff, <br><br> v. <br><br> UPCODES, INC., *et al.*, <br>     Defendants. | : <br> : <br> : <br> :   CIVIL ACTION <br> :   No. 24-1895 <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 2nd day of October, 2024, it is **ORDERED** that Plaintiff's Revised Motion for Preliminary Injunction (ECF No. 59) is **DENIED**.

                                                   _s/ANITA B. BRODY, J._ <br>
                                                 ANITA B. BRODY, J.