

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Jane W. Wise
jane.wise@us.dlapiper.com
T  202.799.4149
F  202.863.7849

August 15, 2025
*Via ECF*

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106

**Re: American Society for Testing and Materials v. UpCodes, Inc., Garrett Reynolds, & Scott Reynolds, Case No. 2:24-cv-01895-AB**

Dear Judge Brody:

The parties submit this joint letter motion concerning the discovery schedule in Case No. 2:24-cv-01895-AB. The parties jointly move to reset the pretrial scheduling order in the case for good cause to allow time for the parties to continue conducting discovery in the case.

The parties need additional time to complete document production, serve additional discovery, complete third party discovery, and conduct depositions based on the foregoing discovery. Accordingly, the parties request an extension of the current discovery schedule to complete all fact discovery (including third party discovery).

This is the second time that the parties have requested to reset the scheduling order. Accordingly, the parties jointly move to reset the pretrial scheduling order in accordance with the proposed amended case schedule below for the case for good cause to allow time for the parties to continue to conduct discovery.

Respectfully submitted,

*Jane W Wise*

Jane W. Wise



August 15, 2025
Page Two

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | September 30, 2025 | January 30, 2026 |
| Opening Expert Reports from Party Bearing Burden of Proof | October 31, 2025 | March 3, 2026 |
| Rebuttal Expert Reports | December 1, 2025 | April 1, 2026 |
| Close of Expert Discovery | December 19, 2025 | April 20, 2026 |
| Dispositive Motions Filed | February 2, 2026 | June 2, 2026 |
| Oppositions to Dispositive Motions | March 2, 2026 | July 2, 2026 |
| Dispositive Motion Replies | March 23, 2026 | July 23, 2026 |
| Dispositive Motion Sur-Replies | April 13, 2026 | August 13, 2026 |