## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>                    Plaintiff,<br><br>    v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-01895-AB<br><br>**JURY TRIAL REQUESTED** |

### AMENDED SCHEDULING ORDER

**AND NOW**, this 13th day of January 2026, it is ordered as follows:

1. Pretrial timetable:

| | |
|---|---|
| Close of Fact Discovery: | March 3, 2026 |
| Opening Expert Reports from Party Bearing Burden of Proof: | April 3, 2026 |
| Rebuttal Expert Reports: | May 1, 2026 |
| Close of Expert Discovery: | May 20, 2026 |
| Dispositive Motions Filed: | July 2, 2026 |
| Oppositions to Dispositive Motions: | August 2, 2026 |
| Dispositive Motion Replies: | August 23, 2026 |
| Dispositive Motion Sur- Replies: | September 13, 2026 |

  s/ANITA B. BRODY, J.
ANITA B. BRODY, J.