# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br>　　　Plaintiff,<br><br>　　　v.<br><br>UPCODES, INC., *et al.*,<br>　　　Defendants. | :<br>:<br>:<br>:　CIVIL ACTION<br>:　No. 24-1895<br>:<br>:<br>: |

# **ORDER**

**AND NOW**, this 13th day of January, 2026, it is **ORDERED** that the Motion for a Protective Order (ECF No. 132) is resolved as stated on the record at the telephone conference held on January 13, 2026.

　　　　　　　　　　　　　　　　　　　　_s/ANITA B. BRODY, J._____
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.