**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-AB |

**PLAINTIFF AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

American Society for Testing and Materials d/b/a ASTM International ("ASTM") hereby responds to the Court's January 29, 2026 Show Cause Order (Dkt. 146) and requests that the Court maintain the sealed status of Exhibits H, I, J, and K (Dkt. 143) to Defendant UpCodes, Inc.'s ("UpCodes") motion to compel ("Motion") (Dkt. 142). There is good cause for these materials to remain under seal as they include personal identifying information and ASTM's sensitive business information.

"[T]his Court has the discretion to decide issues regarding the sealing of the records, by balancing factors both for an against access." *Zurich Am. Ins. Co. v. Rite Aid Corp.*, 345 F. Supp. 2d 497, 500 (E.D. Pa. 2004) (citing *Bank of Am. Nat'l Trust and Sav. Ass'n v. Hotel Rittenhouse Assocs.*, 800 F.2d 339, 344 (3d Cir. 1986)).

Here, good cause exists to maintain the documents under seal as shown in the attached proposed redactions, Exs. H, I, J, and K (Dkt. 143), because they contain confidential and sensitive business communications between ASTM and a third party, International Code Council, Inc. ("ICC").

ASTM and ICC have valid private interests in keeping their sensitive business communications private. Courts have found that businesses have a valid interest in protecting "proprietary, trade secret and/or highly sensitive commercial information" that has the "potential, if disclosed, for causing competitive advantage to others." *See In re Valsartan N-Nitrosodimethylamine, Losartan, & Irbesartan Prods. Liab. Litig.*, 512 F. Supp. 3d 546, 550 (D.N.J. 2021) (citing *Cipollone v. Liggett Group, Inc.*, 785 F. 2d 1108, 1121 (3rd Cir. 1986)). Here, ASTM would be significantly and specifically harmed by this information being made public by disclosing personal identifying information, including email addresses, and sensitive communications to the public and to ASTM's competitor, UpCodes, who has engaged in the practice of stealing ASTM's content and reproducing it wholesale for UpCodes' own profit. This is a specific and cognizable harm to ASTM that provides a sufficient basis for the Court to find that these materials should remain sealed.

ASTM believes that its proposed redactions appropriately balance the public's right to access information concerning documents filed in connection with the litigation with the need to maintain secrecy of personal identifying information and sensitive communications. Maintaining the unredacted documents under seal promotes fairness and efficiency, as Defendants' outside counsel can access the redacted information and are therefore not prejudiced by the redaction. Furthermore, the parties' Protective Order contemplates that certain documents that contain sensitive communication will be designated as Highly Confidential-Attorneys' Eyes Only. Accordingly, ASTM respectfully requests that the Court find that there is good cause enter an order that Exhibits H, I, J, and K (Dkt. 143) to UpCodes' Motion should remain sealed.

Dated: February 11, 2026

By: */s/Jane W. Wise*

**DLA PIPER LLP (US)**
J. Kevin Fee (PA Bar No. 81715)
Jane W. Wise (*pro hac vice*)
Olivia L. Houston (*pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager (*pro hac vice*)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan A. Chisek (*pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, a true and correct copy of American Society for Testing and Materials d/b/a ASTM International's Response to the Court's Show Cause Order was served on all counsel for Defendant UpCodes, Inc. via email.

BY: */s/Jane W. Wise*
Jane W. Wise