IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN SOCIETY FOR TESTING AND MATERIALS** | : | CIVIL ACTION |
| v. | : | |
| **UPCODES, INC. et al** | : | NO.: 24-cv-1895 |

# O R D E R

**AND NOW**, this **20th** day of **FEBRUARY 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Anita B. Brody to the calendar of the Honorable Chad F. Kenney for further proceedings.

FOR THE COURT:

**WENDY BEETLESTONE**
**Chief Judge**

ATTEST:

  /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**