**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-1895 |

**PLAINTIFF'S RESPONSE TO THE COURT'S FEBRUARY 27, 2026 ORDER TO <u>SHOW CAUSE</u>**

Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") submits this Response to the Court's Order, entered on February 27, 2026, ECF No. 156, directing Plaintiff to submit supplemental briefing relating to Plaintiff's determination that Exhibits H-K accompanying Defendants' Motion to Compel (ECF Nos. 142, 143) contain commercially sensitive information as argued in its Response to the Court's initial Show Cause Order (ECF No. 151).

As stated in its initial response, ASTM has asked the Court to seal Exhibits H-K to Defendants' Motion to Compel (ECF Nos. 142, 143) because the materials at issue contain internal communications reflecting ASTM's decision to provide its copyrighted works to a third-party standards development organization ("SDO"), the International Code Council, Inc. ("ICC") and describes its reason for doing so – here, to facilitate ICC's code development process. This is commercially sensitive for two reasons.

First, the contents of the materials at issue include internal communications in furtherance of providing ICC with access to ASTM's copyrighted works. ASTM has a robust licensing market.

Its decision, as reflected in the materials at issue, to provide ICC with access to certain copyrighted works for a limited use was a business decision. ASTM's decision-making with regard to SDOs accessing its copyrighted works is determined on a case-by-case basis; ASTM's decision-making concerning how it licenses its copyrighted materials is commercially sensitive.

Second, the materials at issue are commercially sensitive because they shed light on the code development process of ICC, including in some instances quoting language from ICC documents for which ASTM has not obtained consent to make public. *See* Ex. H at ASTM0000599, Ex. K at ASTM0000608. ASTM is willing to seek consent from ICC file unredacted versions of the exhibits should the Court believe that the proposed redactions are insufficient. However, without consent from ICC, ASTM does not believe it is in a position to disclose information concerning ICC's code development process without such consent.

In an effort to balance the public's right to access information concerning documents filed in connection with the litigation with the need to maintain secrecy of the commercial sensitive information, ASTM has attached hereto versions of Exhibits H-K with more tailored redactions.

Plaintiff believes that this Response provides the Court with all of the information and clarification specified in the Court's recent Order, but Plaintiff stands ready to answer any further questions or provide any further clarification or information that the Court may need.

Respectfully submitted,

Date: March 6, 2026

By: */s/Olivia Houston*
**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2026, a true and correct copy of the foregoing document has been duly served on the parties of record via email as agreed.

*/s/Olivia Houston*
Olivia Houston