**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING | : | |
| AND MATERIALS, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UPCODES, INC., *et al.*, | : | |
| *Defendants*. | : | NO. 24-cv-1895 |

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW,** this **13th** day of **March 2026**, upon review of the Parties' Consent Motion to Extend Pretrial Deadlines (ECF No. 160), it is hereby **ORDERED** that the Motion (ECF No. 160) is **GRANTED** and the deadlines in the Amended Scheduling Order (ECF No. 135) are reset as follows:

1. Opening Expert Reports from Party Bearing Burden of Proof: May 1, 2026

2. Rebuttal Expert Reports: May 29, 2026

3. Close of Expert Discovery: June 17, 2026

4. Dispositive Motions Filed: July 9, 2026

5. Opposition to Dispositive Motions: August 10, 2026

6. Dispositive Motion Replies: August 31, 2026

7. Dispositive Motion Sur-Replies: September 21, 2026

 

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**