**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br><br>            Plaintiff,<br><br>   v.<br><br>UPCODES, INC., *et al.*,<br><br>            Defendants. | Case No. 24-cv-1895 |

**CONSENT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") moves for a limited extension of the pretrial deadlines. Defendants UpCodes Inc., Scott Reynolds, and Garret Reynolds (collectively, "Defendants") consent to this request.

On April 7, 2026, the Third Circuit issued a decision affirming the Court's denial of the preliminary injunction in this case and, in several instances, expressing the need for a more robust record, including on issues bearing on expert reports. *See American Society for Testing & Material, d/b/a ASTM International v. UpCodes, Inc., Garrett Reynolds, and Scott Reynolds*, Case No. 24-2965, ECF No. 90 at 17 n.7, 22, 29-30, 31 n.13, 33. Accordingly, the parties believe good cause exists to grant a brief extension of time for impending expert discovery deadline to develop the record more fully in response to the Third Circuit's guidance.

Per the Court's March 13, 2026 Second Amended Scheduling Order, opening expert reports are due on May 1, 2026, rebuttal expert reports are due on May 29, 2026, and the close of expert discovery is June 17, 2026. Plaintiff respectfully requests that those deadlines and the remaining pretrial deadlines for dispositive motions be moved back such that the pretrial timetable would be as follows:

1

| Event | Current Case Schedule (Dkt. 161) | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports from Party Bearing Burden of Proof | May 1, 2026 | June 22, 2026 |
| Rebuttal Expert Reports | May 29, 2026 | July 20, 2026 |
| Close of Expert Discovery | June 17, 2026 | August 10, 2026 |
| Dispositive Motions Filed | July 9, 2026 | September 4, 2026 |
| Opposition to Dispositive Motions | August 10, 2026 | October 2, 2026 |
| Dispositive Motions Replies | August 31, 2026 | October 23, 2026 |
| Dispositive Motions Sur-Replies | September 21, 2026 | November 13, 2026 |

Respectfully submitted,

Date:  April 15, 2026

By:   */s/ J. Kevin Fee*
**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for*
*Testing and Materials d/b/a ASTM International*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 15, 2026, a true and correct copy of the

foregoing document has been duly served on the parties of record via email as agreed.


*/s/ Emily Green Radin*
Emily Green Radin