**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING | : | |
| AND MATERIALS, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UPCODES, INC., *et al.*, | : | |
| *Defendants*. | : | NO. 24-cv-1895 |

**THIRD AMENDED SCHEDULING ORDER**

**AND NOW,** this **16th** day of **April 2026**, upon review of the Parties' Consent Motion to

Extend Pretrial Deadlines (ECF No. 162), it is hereby **ORDERED** that the Motion (ECF No. 162)

is **GRANTED** and the deadlines in the Second Amended Scheduling Order (ECF No. 161) are

reset as follows:

1. Opening Expert Reports from Party Bearing Burden of Proof: June 22, 2026

2. Rebuttal Expert Reports: July 20, 2026

3. Close of Expert Discovery: August 10, 2026

4. Dispositive Motions Filed: September 4, 2026

5. Opposition to Dispositive Motions: October 2, 2026

6. Dispositive Motion Replies: October 23, 2026

7. Dispositive Motion Sur-Replies: November 13, 2026

> **BY THE COURT:**
>
> /s/ Chad F. Kenney
> _____
> **CHAD F. KENNEY, JUDGE**