**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br><br>        Plaintiff,<br><br>   v.<br><br>UPCODES, INC., *et al.*,<br><br>        Defendants. | Case No. 24-cv-1895 |

### JOINT MOTION TO EXTEND PRETRIAL DEADLINES

Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") and Defendants UpCodes Inc., Scott Reynolds, and Garret Reynolds (collectively, "Defendants" or "UpCodes") move for a limited extension of the pretrial deadlines.

On April 7, 2026, the Third Circuit issued a decision affirming the Court's denial of the preliminary injunction in this case and, in several instances, expressing the need for a more robust record, including on issues bearing on expert reports. *See American Society for Testing & Material, d/b/a ASTM International v. UpCodes, Inc., Garrett Reynolds, and Scott Reynolds*, Case No. 24-2965, ECF No. 90 at 17 n.7, 22, 29-30, 31 n.13, 33.

On April 13, 2026, in view of the Third Circuit decision, UpCodes requested ASTM produce additional documents in advance of the opening expert report deadline. On April 15, 2026, ASTM agreed to produce these documents. That day, ASTM filed a consent motion seeking the extension of pretrial deadlines (Dkt. 162). The Court granted this request (Dkt. 163).

ASTM requires additional time to prepare its production in advance of the expert report deadlines. The parties believe good cause exists to grant a brief extension of time for the

1

impending expert discovery deadlines to develop the record more fully in response to the Third Circuit's guidance.

Per the Court's April 16, Third Amended Scheduling Order (Dkt. 163), opening expert reports are due on June 22, 2026, rebuttal expert reports are due on July 20, 2026, and the close of expert discovery is August 10, 2026.  Plaintiff respectfully requests that those deadlines and the remaining pretrial deadlines for dispositive motions be moved back such that the pretrial timetable would be as follows:

| Event | Current Case Schedule (Dkt. 163) | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports from Party Bearing Burden of Proof | June 22, 2026 | August 3, 2026 |
| Rebuttal Expert Reports | July 20, 2026 | August 31, 2026 |
| Close of Expert Discovery | August 10, 2026 | September 21, 2026 |
| Dispositive Motions Filed | September 4, 2026 | October 16, 2026 |
| Opposition to Dispositive Motions | October 2, 2026 | November 13, 2026 |
| Dispositive Motions Replies | October 23 2026 | December 4, 2026 |
| Dispositive Motions Sur-Replies | November 13, 2026 | December 23, 2026 |

Date:  June 19, 2026

By:  /s/ *Jane W. Wise*
**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

Respectfully submitted,

By:  /s/ *Aditya V. Kamdar*
**MORRISON & FOERSTER LLP**
Aditya V. Kamdar (*pro hac vice*)
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763
AKamdar@mofo.com

Hannah Jiam (*pro hac vice*)
Joseph C. Gratz (*pro hac vice*)
Gene Novikov (*pro hac vice*)
Umeet K. Sajjan (*pro hac vice*)
Kate Im (*pro hac vice*)
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
HJiam@mofo.com
JGratz@mofo.com
GNovikov@mofo.com
USajjan@mofo.com
KIm@mofo.com

Sara A. Doudar (*pro hac vice*)
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125
SDoudar@mofo.com

*Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds*