**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING | : | |
| AND MATERIALS, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UPCODES, INC., *et al.*, | : | |
| *Defendants*. | : | NO. 24-cv-1895 |

**ORDER**

**AND NOW,** this **22nd** day of **June 2026**, upon review of the Parties' Joint Motion to Extend Pretrial Deadlines (ECF No. 166), the Court notes that the instant Motion (ECF No. 166) is identical to the Parties' previous Consent Motion to Extend Pretrial Deadlines (ECF No. 162), which the Court granted, allowing an extension of seven (7) weeks for expert discovery deadlines (ECF No. 163). It is further noted that this Motion (ECF No. 166) was filed this past Friday, June 19, 2026, seeking to extend a deadline set for today, Monday, June 22, 2026. And so, it is hereby **ORDERED** that the instant Motion (ECF No. 166) is **GRANTED IN PART AND DENIED IN PART**. The Court will extend the remaining pretrial deadlines by three (3) weeks, until **July 13, 2026**, after which **there will be no further extensions.** An amended scheduling order will follow.

**BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**