**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING | : | |
| AND MATERIALS, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| UPCODES, INC., *et al.*, | : | |
| *Defendants.* | : | NO. 24-cv-1895 |

<u>**FOURTH AMENDED SCHEDULING ORDER**</u>

**AND NOW,** this **24th** day of **June 2026**, upon review of the Parties' Joint Motion to Extend Pretrial Deadlines (ECF No. 166) and the Court's Order dated June 22, 2026 (ECF No. 167), it is hereby **ORDERED** that the deadlines in the Third Amended Scheduling Order (ECF No. 163) are reset as follows, and with the inclusion of additional deadlines as follows:

1.  Opening Expert Reports from Party Bearing Burden of Proof: <u>**July 13, 2026**</u>

2.  Rebuttal Expert Reports: <u>**August 10, 2026**</u>

3.  Close of Expert Discovery: <u>**August 31, 2026**</u>

4.  Dispositive Motions Filed: <u>**September 25, 2026**</u>

5.  Opposition to Dispositive Motions: <u>**October 23, 2026**</u>

6.  Dispositive Motion Replies: <u>**November 13, 2026**</u>

7.  Dispositive Motion Sur-Replies: <u>**December 4, 2026**</u>

8.  All trial exhibits shall be marked and exchanged on or before <u>**December 30, 2026**</u>.

9.  Motions in limine shall be due by **12:00 p.m. on** <u>**January 13, 2027**</u>. If any motions in limine are filed, the motions shall be filed as one omnibus motion. The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

10. **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1 on or before <u>February 3, 2027.</u> Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § II.H).**

11. A date certain **jury trial** will commence on <u>**March 8, 2027**</u> **at 9:00 a.m. in Courtroom 11B.** On the morning of trial, counsel are to supply the Court with two joint exhibit binders unless counsel jointly agree and certify to the Court that all documents have been digitalized and they will be admitted and published in that format for view to the Court, jury and witnesses.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**