**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-1895 |

**<u>JOINT MOTION TO AMEND DISPOSITIVE BRIEFING DEADLINES</u>**

Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") and Defendants UpCodes Inc., Scott Reynolds, and Garret Reynolds (collectively, "Defendants" or "UpCodes") move to amend the dispositive motion briefing schedule.

Per the Court's June 24, 2026, Fourth Amended Scheduling Order (Dkt. 168), dispositive motions are due September 25, 2026. The parties have conferred and agreed that because both parties intend to file cross-motions for summary judgment, a staggered briefing schedule will streamline the briefing and reduce the burden on parties and the Court, including by reducing the total number of briefs filed by the parties.

Additionally, Plaintiff requests, and Defendants do not oppose, that the opening dispositive motion deadline be continued by one week to October 2, 2026. Plaintiff's case team is attending a firm meeting from September 22-26 that will require attendance and participation at meetings during those days, making it difficult to coordinate declarations and exhibits necessary to support the dispositive motion in advance of the current deadline. In light of the Thanksgiving holiday, Defendants requested, and Plaintiff does not oppose, an additional week (from December 11 to December 18) for the reply on UpCodes' dispositive motion. The parties agree that a one-week

extension will not prejudice the parties or unduly delay the completion of briefing on dispositive motions.

The parties therefore request that the dispositive motion briefing schedule be amended as follows:

| Event | Current Case Schedule (Dkt. 168) | Proposed Amendment | Proposed New Deadline |
|---|---|---|---|
| Dispositive Motions Filed | September 25, 2026 | ASTM's dispositive motions filed | October 2, 2026 |
| Opposition to Dispositive Motions | October 23, 2026 | UpCodes' opposition to ASTM's motions and UpCodes' dispositive cross motions | October 30, 2026 |
| Dispositive Motions Replies | November 13, 2026 | ASTM's reply on its dispositive motions and opposition to UpCodes' motions | November 20, 2026 |
| Dispositive Motions Sur-Replies | December 4, 2026 | UpCodes' reply on its dispositive motions | December 18, 2026 |

In the alternative, if the Court is not inclined to grant the requested extensions, the parties respectfully request that the Court permit the same staggered briefing structure while retaining the deadlines set forth in the Fourth Amended Scheduling Order (Dkt. 168), such that the dispositive motion briefing schedule be structured as follows:

| Event | Current Case Schedule (Dkt. 168) | Proposed Amendment |
|---|---|---|
| Dispositive Motions Filed | September 25, 2026 | ASTM's dispositive motions filed |
| Opposition to Dispositive Motions | October 23, 2026 | UpCodes' opposition to ASTM's motions and UpCodes' dispositive cross motions |
| Dispositive Motions Replies | November 13, 2026 | ASTM's reply on its dispositive motions and opposition to UpCodes' motions |

| Event | Current Case Schedule (Dkt. 168) | Proposed Amendment |
|---|---|---|
| Dispositive Motions Sur-Replies | December 4, 2026 | UpCodes' reply on its dispositive motions |

Date: August 24, 2026

By: /s/ Jane W. Wise
**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

Respectfully submitted,

By: /s/ Hannah Jiam
**MORRISON & FOERSTER LLP**
Aditya V. Kamdar (*pro hac vice*)
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763
AKamdar@mofo.com

Hannah Jiam (*pro hac vice*)
Joseph C. Gratz (*pro hac vice*)
Gene Novikov (*pro hac vice*)
Umeet K. Sajjan (*pro hac vice*)
Kate Im (*pro hac vice*)
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
HJiam@mofo.com
JGratz@mofo.com
GNovikov@mofo.com
USajjan@mofo.com
KIm@mofo.com

Sara A. Doudar (*pro hac vice*)
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125
SDoudar@mofo.com

*Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds*