**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-CFK |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the Court's operative Scheduling Order, Dkt. 171, Plaintiff, American Society for Testing and Materials d/b/a ASTM International ("ASTM"), respectfully requests that upon consideration of ASTM's Memorandum of Law in Support of its Motion for Partial Summary Judgment, the Statement of Stipulated Facts, Statement of Additional Facts, Appendix A, the Declaration of Thomas J. O'Brien, Junior and the exhibits thereto, the Declaration of Jane W. Wise and the exhibits thereto, this Court grant partial summary judgment against Defendants on Count I for copyright infringement under 17 U.S.C. §§ 106 and 501 and Count III for removal and alteration of copyright management information under 17 U.S.C. § 1202(b).

Date: October 2, 2026

Respectfully submitted,
By: */s/ Jane W. Wise*

**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, the foregoing Plaintiff's Motion for Leave to File under Seal were filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: October 2, 2026

*/s/ Jane W. Wise*
Jane W. Wise