**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,

Plaintiff,

v.

UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,

Defendants.

Civil Action No.: 2:24-cv-01895-CFK

**JURY TRIAL REQUESTED**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Plaintiff, American Society for Testing and Materials d/b/a ASTM International ("ASTM"), files this Motion requesting leave to file under seal, in connection with ASTM's Motion for Partial Summary Judgment:

(1) copies of copyrighted material owned by ASTM and at issue in this lawsuit, attached as Exhibits 16-25 to the Declaration of Thomas B. O'Brien, Jr. ("O'Brien Decl.") in support of ASTM's Motion for Partial Summary Judgment;

(2) material designated by Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "Defendants") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," referenced in ASTM's Memorandum of Law in Support of its Motion for Partial Summary Judgment ("ASTM's MSJ"), Statement of Stipulated Facts, Statement of Additional Facts, the Declaration of Jane Wise ("Wise Decl.") and Exhibits 55, 72, 74-75, 89, 91-92, 94-96, 108, 110-111, 115, 120-134, 136-149, 151-152, 154, and 160-161 thereto;

(3) materials designated by ASTM as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," referenced in ASTM's MSJ, Statement of Stipulated Facts, Statement of Additional

Facts, the O'Brien Declaration and Exhibits 1-2 and 4-5 thereto, and the Wise Declaration and Exhibit 27-28, 33, 35-54, 66-68, 70, 76, 153, and 164 thereto.

Given that ASTM's MSJ, Statement of Stipulated Facts, Statement of Additional Facts, the Wise Decl. and Exhibits 55, 72, 74-75, 89, 91-92, 94-96, 108, 110-111, 115, 120-134, 136-149, 151-152, 154, and 160-161 thereto contain content designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants, ASTM also moves for leave to provisionally seal these documents to allow Defendants to identify the material they contend should remain under seal.

## I. Copies of ASTM's Copyrighted Works

In this action, Plaintiff seeks partial summary judgment based on unauthorized copying and distribution of ASTM's copyrighted works and removal and alteration of its copyright management information. Exhibits 16-25 of the O'Brien Declaration and Exhibits 35-54 to the Wise Declaration are complete copies of copyrighted material owned by ASTM and at issue in this lawsuit (in various formats). This Court previously granted ASTM's motion to seal ASTM's copyrighted works in connection with Plaintiff's preliminary injunction proceedings. *See* Dkt. 63. ASTM has submitted these copies to aid the Court in its consideration of ASTM's Motion for a Partial Summary Judgment. However, there is a risk of harm to ASTM's business if its copyrighted works are made available to the public in a manner that would permit unrestricted copying and distribution.

Courts have recognized that similar risks to the business of a copyright owner in infringement litigation merit sealing the full text of the copyrighted materials. *See Viable Sols., LLC v. Solace Consulting, LLC*, No. 09-cv-129-DCK, 2009 WL 2590284, at *2 (W.D.N.C. Aug. 17, 2009) (in copyright infringement action, granting plaintiff's motion to file copyrighted manuals under seal "to prevent possible unauthorized duplication and distribution of the manuals on the

Internet, which would be detrimental to [plaintiff's] business"); *Am. Soc'y for Testing & Materials v. Public.Resource.Org, Inc.*, No. 1:13cv1215, Minute Order (D.D.C. Oct. 21, 2020) (granting ASTM's and co-plaintiffs motion to seal including the copyrighted works at issue in copyright infringement case). In light of this risk of harm to ASTM's business and further unauthorized dissemination, ASTM files this motion seeking leave to file the aforementioned exhibits under seal.

**II. Parties' Confidential Information**

Additionally, pursuant to Local Rule 5.1.5 and Section 2 of the Stipulated Protective Order entered in this matter on July 3, 2024 (Dkt. 55), ASTM seeks leave to file under ASTM's MSJ, Statement of Stipulated Facts, Statement of Additional Facts, the O'Brien Declaration and Exhibits 1-2, 4-5, and 16-25 thereto, and the Wise Declaration and Exhibits 27-28, 33, 35-55, 66-68, 70, 72, 74-76, 89, 91-92, 94-96, 108, 110-111, 115, 120-134, 136-149, 151-154, 160-161, and 164 thereto.

Paragraph 2 of the Stipulated Protective Order requires that "any materials subject to this Order (or any pleading, motion or memorandum disclosing them) are proposed to be filed or are filed with the Court, those materials and papers, or any portion thereof which discloses confidential or highly confidential information, shall be filed under seal (by the filing party) according to the Court's rules." As such, ASTM files this motion seeking leave to file the aforementioned exhibits under seal.

ASTM's MSJ Motion, Statement Stipulated of Facts and Statement of Additional Facts quote from and/or characterizes material that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by the Parties, and the O'Brien Declaration and Exhibits 1-2, 4-5, and 16-25 thereto, and the Wise Declaration and Exhibits 27-28, 33, 35-55, 66-68, 70, 72, 74-76, 89, 91-92, 94-96, 108, 110-111, 115, 120-134, 136-149, 151-154, 160-161, and 164 thereto

contain material that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by the Parties, including sensitive financial information, customer lists, descriptions of the parties' sensitive business information, and confidential agreements entered into by the parties. ASTM thus seeks leave to file ASTM's MSJ, Statement of Stipulated Facts, Statement of Additional Facts, the O'Brien Declaration, and the Wise Declaration and Exhibits 55, 72, 74-75, 89, 91-92, 94-96, 108, 110-111, 115, 120-134, 136-149, 151-152, 154, and 160-161 thereto under seal provisionally so that Defendants may review and identify any information they contend should remain under seal. ASTM will work with Defendants to prepare joint redactions reflecting what information both parties propose to remain under seal.

ASTM further seeks to file Exhibits 1-2, 4-5, and 16-25 to the O'Brien Declaration and Exhibits 27-28, 33, 35-54, 66-68, 70, 76, 153, and 164 to the Wise declaration under seal because they contain ASTM's sensitive financial information, customer lists, descriptions of sensitive business information, and confidential agreements entered into by the ASTM.

Respectfully submitted,

Date: October 3, 2026

By: */s/Jane W. Wise*

**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, the foregoing Plaintiff's Motion for Leave to File under Seal were filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: October 3, 2026

*/s/ Jane W. Wise*
Jane W. Wise