**Exhibit Index**

Plaintiff ASTM International ("ASTM") respectfully submits the below index which indicates exhibit numbers as identified in both its Statement of Stipulated Facts and Statement of Additional Facts in Support of its Motion for Partial Summary Judgment.

| **Declaration of Thomas B. O'Brien, Jr.** | |
|---|---|
| **Exhibit** | **Description** |
| 1<br>Under Seal | ASTM Compass download and usage information |
| 2<br>Under Seal | ASTM 2024 Functional Expenses slide deck |
| 3 | ASTM webpage describing ASTM Standards in Building Codes |
| 4<br>Under Seal | ASTM revenue information |
| 5<br>Under Seal | ASTM and ICC Agreement |
| 6 | Copyright registration for ASTM A36/A36M-14 |
| 7 | Copyright registration for ASTM A252-10 (Reapproved 2018) |
| 8 | Copyright registration for ASTM A722/A722M-18 |
| 9 | Copyright registration for ASTM A653/A653M-17 |
| 10 | Copyright registration for ASTM A706/A706M-16 |
| 11 | Copyright registration for ASTM A875/A875M-13 |
| 12 | Copyright registration for ASTM A924/A924M-17a |

| Declaration of Thomas B. O'Brien, Jr. | |
|---|---|
| **Exhibit** | **Description** |
| 13 | Copyright registration for ASTM B209-14 |
| 14 | Copyright registration for ASTM A615/A615M-15a |
| 15 | Copyright registration for ASTM A690/A690M-13a |
| 16<br>Under Seal | ASTM A36/A36M-14 |
| 17<br>Under Seal | ASTM A252-10 (Reapproved 2018) |
| 18<br>Under Seal | ASTM A615/A615M-15a |
| 19<br>Under Seal | ASTM A653/A653M-17 |
| 20<br>Under Seal | ASTM A690/A690M-13a |
| 21<br>Under Seal | ASTM A706/A706M-16 |
| 22<br>Under Seal | ASTM A722/A722M-18 |
| 23<br>Under Seal | ASTM A875/A875M-13 |
| 24<br>Under Seal | ASTM A924/A924M-17a |

| Declaration of Thomas B. O'Brien, Jr. | |
|---|---|
| **Exhibit** | **Description** |
| 25<br>Under Seal | ASTM B209-14 |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 26 | 2021 IBC digital code premium subscription webpage |
| 27<br>Under Seal | July 13, 2026 Expert Report of Jeffrey A. Stec, Ph.D. |
| 28<br>Under Seal | Excerpts from the March 12, 2026 deposition of Thomas O'Brien |
| 29 | ASTM case study |
| 30 | ASTM Standards Catalog 2024 |
| 31 | ASTM Form and Style guide |
| 32 | ASTM Standards Catalog 2026 |
| 33<br>Under Seal | ASTM revenue data |
| 34 | June 1, 2005 ASTM press release |
| 35<br>Under Seal | PDF version of ASTM A36/A36M-14, downloaded from Compass |
| 36<br>Under Seal | HTML version of ASTM A36/A36M-14, downloaded from Compass |
| 37<br>Under Seal | PDF version of ASTM A252-10 (Reapproved 2018), downloaded from Compass |
| 38<br>Under Seal | HTML version of ASTM A252-10 (Reapproved 2018), downloaded from Compass |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 39<br>Under Seal | PDF version of ASTM A690/A690M-13a, downloaded from Compass |
| 40<br>Under Seal | HTML version of ASTM A690/A690M-13a, downloaded from Compass |
| 41<br>Under Seal | PDF version of ASTM A875/A875M-13, downloaded from Compass |
| 42<br>Under Seal | HTML version of ASTM A875/A875M-13, downloaded from Compass |
| 43<br>Under Seal | PDF version of ASTM B209-14, downloaded from Compass |
| 44<br>Under Seal | HTML version of ASTM B209-14, downloaded from Compass |
| 45<br>Under Seal | PDF version of ASTM A615/A615M-15a, downloaded from Compass |
| 46<br>Under Seal | HTML version of ASTM A615/A615M-15a, downloaded from Compass |
| 47<br>Under Seal | PDF version of ASTM A706/A706M-16, downloaded from Compass |
| 48<br>Under Seal | HTML version of ASTM A706/A706M-16, downloaded from Compass |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 49<br>Under Seal | PDF version of ASTM A653/A653M-17, downloaded from Compass |
| 50<br>Under Seal | HTML version of ASTM A653/A653M-17, downloaded from Compass |
| 51<br>Under Seal | PDF version of ASTM A924/A924M-17a, downloaded from Compass |
| 52<br>Under Seal | HTML version of ASTM A924/A924M-17a, downloaded from Compass |
| 53<br>Under Seal | PDF version of ASTM A722/A722M-18, downloaded from Compass |
| 54<br>Under Seal | HTML version of ASTM A722/A722M-18, downloaded from Compass |
| 55<br>Under Seal | July 13, 2026 Expert Report of Douglas Kidder |
| 56 | Versions of ASTM A36/A36M-14 |
| 57 | Versions of ASTM A252-10(2018) |
| 58 | Versions of ASTM A615/A615M-26 |
| 59 | Versions of ASTM A653/A653M-17 |
| 60 | Versions of ASTM A690/A690M-24 |
| 61 | Versions of ASTM A706/A706M-26 |
| 62 | Versions of ASTM A722/A722M-18 |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 63 | Versions of ASTM A875/A875M-25a |
| 64 | Versions of ASTM A924/A924M-26 |
| 65 | Versions of ASTM B209/B209M-21a |
| 66<br>Under Seal | Versions of ASTM A615/A615M-25 |
| 67<br>Under Seal | Versions of ASTM A690/A690M-13a |
| 68<br>Under Seal | Versions of A36/A36M-12 |
| 69 | Oct. 2, 2026 screenshot of the MADCAD store webpage |
| 70<br>Under Seal | Aug. 10, 2026 Rebuttal Expert Report of Jeffrey A. Stec, Ph.D. |
| 71 | UpCodes' supplemental responses to Interrogatory Nos. 1–11, dated Jan. 28, 2026 |
| 72<br>Under Seal | UpCodes' Opposition to ASTM's Motion for Preliminary Injunction |
| 73 | UpCodes' March 24, 2025 appellate brief |
| 74<br>Under Seal | Excerpts from the Jan. 30, 2026 deposition of Scott Reynolds |
| 75<br>Under Seal | Excerpts from the March 3, 2026 deposition of Nadia Stewart |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 76<br>Under Seal | ASTM A690/A690M-13a, downloaded from Compass on Feb. 11, 2026 |
| 77 | UpCodes' "California Steel Sheet, Zinc-Coated Galvanized or Zinc-Iron Alloy-Coated Galvannealed by the Hot-Dip Process Code, 2017" |
| 78 | ASTM B209-14 purchased from daneshlink.com |
| 79 | ASTM 2023 Annual Report |
| 80 | ASTM marketing materials |
| 81 | ASTM Compass webpage |
| 82 | ICC website regarding premium plans |
| 83 | 2021 Pennsylvania Uniform Construction Code |
| 84 | Section 1810.3.2.3 of the 2021 International Building Code |
| 85 | Oct. 2, 2026 screenshot of UpCodes' webpage showing IBC Chapter 35 |
| 86 | Complaint |
| 87 | Answer |
| 88 | ASTM's March 10, 2026 supplemental responses to UpCodes' Second Set of Interrogatories |
| 89<br>Under Seal | Excerpts from the Nov. 1, 2022 deposition of Scott Reynolds in *NFPA v. UpCodes* (C.D. Cal.) |
| 90 | UpCodes' responses to Requests for Admission in *ICC et al v. UpCodes* et al (S.D.N.Y.) |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 91<br>Under Seal | Kaiser Permanente email chain |
| 92<br>Under Seal | E. Uhrhane email chain |
| 93 | Jan. 22, 2026 Notice of Deposition to Garrett Reynolds |
| 94<br>Under Seal | Excerpts from the Jan. 29, 2026 deposition of Garrett Reynolds |
| 95<br>Under Seal | Ingestion Manual |
| 96<br>Under Seal | Example Ingested Pub |
| 97 | UpCodes' "Pennsylvania Carbon Structural Steel Code, 2014" |
| 98 | UpCodes' "California Welded and Seamless Steel Pipe Piles Code, 2010 (R2018)" |
| 99 | UpCodes' "Colorado Deformed and Plain Carbon-steel Bars for Concrete Reinforcement Code 2015ae1" |
| 100 | UpCodes' "California Steel Sheet, Zinc-Coated Galvanized or Zinc-Iron Alloy-Coated Galvannealed by the Hot-Dip Process Code, 2017" |
| 101 | UpCodes' "California High-Strength Low-alloy Piling ... Marine Environments Code, 2013 (2018)" |
| 102 | UpCodes" "California Low-Alloy Steel Deformed and Plain Bars for Concrete Reinforcement Code 2016" |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 103 | UpCodes' "California High-strength Steel Bars for Prestressed Concrete Code 2018" |
| 104 | UpCodes' "California Steel Sheet, Zinc-5 Percent, Aluminum Alloy-Coated by the Hot-Dip Process Code 2013" |
| 105 | UpCodes' "California Steel Sheet, Metallic-Coated by the Hot-dip Process Code 2017A" |
| 106 | UpCodes' "California Aluminum and Aluminum Alloy Sheet and Plate Code 2014" |
| 107 | Jan. 26, 2026 screenshot of UpCodes' "Adoptions by Publisher" webpage |
| 108<br>Under Seal | UpCodes' quality assurance tickets |
| 109 | May 1, 2024 screenshot of UpCodes' "Adoptions By Publisher" webpage |
| 110<br>Under Seal | Excerpts from the July 11, 2024 deposition of Garrett Reynolds |
| 111<br>Under Seal | Engineer Standards Store invoice |
| 112 | Jan. 29, 2026 screenshot of UpCodes' "create an account" webpage |
| 113 | June 21, 2024 screenshot of UpCodes' pricing webpage |
| 114 | Sept. 22, 2026 screenshot of UpCodes' pricing webpage |
| 115 | UpCodes marketing deck |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| Under Seal | |
| 116 | Sept. 30, 2026 screenshot of UpCodes' website regarding Copilot |
| 117 | Dec. 10, 2025 screenshot of UpCodes' FAQ page |
| 118 | Dec. 10, 2025 screenshot of UpCodes' Copilot questions page |
| 119 | Dec. 10, 2025 screenshot of UpCodes' additional Copilot questions page |
| 120<br>Under Seal | UpCodes marketing planning document |
| 121<br>Under Seal | Excerpts from the Nov. 3, 2022 deposition of Garrett Reynolds in *NFPA v. UpCodes* (C.D. Cal.) |
| 122<br>Under Seal | Excerpts from the Nov. 4, 2022 deposition of J. Dickman in *NFPA v. UpCodes* (C.D. Cal.) |
| 123<br>Under Seal | UpCodes user data |
| 124<br>Under Seal | UpCodes Pre-Series A investor presentation |
| 125<br>Under Seal | UpCodes Pre-Series B investor presentation |
| 126<br>Under Seal | UpCodes sales playbook |
| 127 | Feb. 21, 2024 NK Architects email chain |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| Under Seal | |
| 128<br>Under Seal | Oct. 2, 2024 UpCodes email |
| 129<br>Under Seal | UpCodes Quote to NK Architects |
| 130<br>Under Seal | Ballinger email chain |
| 131<br>Under Seal | HMC Architects email chain |
| 132<br>Under Seal | EwingCole email chain |
| 133<br>Under Seal | Norma Group email chain |
| 134<br>Under Seal | UpCodes June 2024 Board presentation |
| 135 | Chapter 15 of the Philadelphia 2021 Building Code |
| 136<br>Under Seal | Dec. 9, 2025 service order form |
| 137<br>Under Seal | Dec. 29, 2025 service order form |
| 138 | Dec. 16, 2025 service order form |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| Under Seal | |
| 139<br><br>Under Seal | Aug. 17, 2024 service order form |
| 140<br><br>Under Seal | Dec. 30, 2024 service order form |
| 141<br><br>Under Seal | UpCodes paid user data |
| 142<br><br>Under Seal | UpCodes unique views data |
| 143<br><br>Under Seal | Excerpts from the Aug. 27, 2026 deposition of Douglas Kidder |
| 144<br><br>Under Seal | Nov. 16, 2022 invoice |
| 145<br><br>Under Seal | Excerpts from the Jan. 30, 2026 deposition of Andrew G. Kireta, Jr. |
| 146<br><br>Under Seal | Excerpts from the Feb. 12, 2026 deposition of Stuart Radcliffe |
| 147<br><br>Under Seal | Excerpts from the Feb. 25, 2026 deposition of Heidi Turley |
| 148<br><br>Under Seal | Excerpts from the Feb. 24, 2026 deposition of Jeffrey H. Grove |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 149<br><br>Under Seal | Excerpts from the Feb. 20, 2026 deposition of James Olshefsky |
| 150 | Screenshot of UpCodes' website regarding the AEC industry |
| 151<br><br>Under Seal | Printed events on UpCodes' website |
| 152<br><br>Under Seal | Settlement and Release agreement |
| 153<br><br>Under Seal | ASTM content data |
| 154<br><br>Under Seal | UpCodes chapter views data |
| 155 | May 3, 2024 Declaration of Thomas O'Brien |
| 156 | Sept. 15, 2026 MADCAD screenshot regarding ASTM subscriptions |
| 157 | Sept. 16, 2026 screenshot of ICC shop webpage |
| 158 | ICC News Release, dated Sept. 8, 2022 |
| 159 | Building Ventures press release |
| 160<br><br>Under Seal | Excerpts from the Feb. 17, 2026 deposition of J. Dickman |
| 161<br><br>Under Seal | Excerpts from the Sept. 16, 2026 deposition of R. Shipman |

| Declaration of Jane Wise | |
|---|---|
| **Exhibit** | **Description** |
| 162 | ASTM sales webpage |
| 163 | Screenshot of Chapter 35 of Pennsylvania 2021 Building Code |
| 164<br>Under Seal | Excerpts from the July 12, 2024 deposition of Thomas O’Brien |