**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **UPCODES, INC., et al.,** ***Defendant.*** | : | **NO. 24-1895** |

**ORDER**

**AND NOW**, this **5th** day of **October 2026**, upon consideration of Plaintiff's Motion for Leave to File Exhibits Under Seal (the "Plaintiff's Motion") (ECF No. 179), and the docket, it is hereby **ORDERED** that the Plaintiff's Motion (ECF No. 179) is **GRANTED**, as follows:

1. **PLAINTIFF MAY** file the following the Exhibits **UNDER SEAL**: Exhibits 1–2, 4–5, and 16–25 to the Declaration of Thomas B. O'Brien, Jr. (ECF No. 176); Exhibits 27–28, 33, 35–54, 66–68, 70, 76, 153, and 164 to the Declaration of Jane Wise (ECF Nos. 177–178);
2. The **CLERK OF COURT SHALL** place the following documents **UNDER SEAL**: Exhibits 1–2, 4–5, and 16–25 to the Declaration of Thomas B. O'Brien, Jr. (ECF No. 176); Exhibits 27–28, 33, 35–54, 66–68, 70, 76, 153, and 164 to the Declaration of Jane Wise (ECF Nos. 177–178);
3. **PLAINTIFF MAY** provisionally file the following Exhibits **UNDER SEAL**: Exhibits 55, 72, 74–75, 89, 91–92, 94–96, 108, 110–111, 115, 120–134, 136–149, 151–152, 154, and 160–161 to the Declaration of Jane Wise (ECF Nos. 177–178);

4. **PLAINTIFF MAY** provisionally file **UNDER SEAL** materials that contain content designated by either Party as confidential, including: Plaintiff's Motion for Partial Summary Judgment (ECF No. 175), the Statement of Stipulated Facts, and the Statement of Additional Facts;
5. **THE CLERK OF COURT SHALL** provisionally place the following documents **UNDER SEAL**: Exhibits 55, 72, 74–75, 89, 91–92, 94–96, 108, 110–111, 115, 120–134, 136–149, 151–152, 154, and 160–161 to the Declaration of Jane Wise (ECF Nos. 177–178); and Plaintiff's Motion for Partial Summary Judgment (ECF No. 175), the Statement of Stipulated Facts, the Statement of Additional Facts;
6. The Parties **SHALL** jointly file redacted versions of the provisionally sealed materials and sealed versions identifying the information to be maintained under seal by or before **October 19, 2026** at **12:00 P.M.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**