**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-CFK<br><br>**JURY TRIAL REQUESTED**<br><br>Redacted Public Version |

**STATEMENT OF STIPULATED FACTS**

Pursuant to Section II.D.5 of the Policies and Procedures of Judge Chad F. Kenney, Plaintiff ASTM International ("ASTM") together with Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively "UpCodes") respectfully submit this Statement of Stipulated Facts in connection with Plaintiff's motion for partial summary judgment.

**A. ASTM International**

1. ASTM International ("ASTM") is a not-for-profit corporation organized under the laws of the State of Pennsylvania. Declaration of Thomas B. O'Brien, Jr. ("O'Brien Decl.") ¶ 5.

2. ASTM develops voluntary consensus standards. O'Brien Decl. ¶ 5.

**B. The Standards Development Industry**

3. Standards are developed by private organizations called "standards development organizations" or "SDOs." O'Brien Decl. ¶ 7.

**C. ASTM's Copyrighted Works**

4. ASTM has developed approximately 13,000 different standards through its consensus-based development process. Declaration of Jane W. Wise ("Wise Decl.") ¶ 6, Ex. 30 (Dkt. 66-7) at 5-12; O'Brien Decl. ¶¶ 8, 12.

5. For example, ASTM publishes volumes called the *Annual Book of ASTM Standards*. Each volume of the *Annual Book of ASTM Standards* contains standards on related topics. O'Brien Decl. ¶¶ 18-19; Wise Decl. ¶ 6, Ex. 30 (Dkt. 66-7) at 28-50.

6. For example, the 2024 *Annual Book of ASTM Standards* Volume 01.01, Steel—Piping, Tubing, Fitting, contains 121 of ASTM standards "[f]eaturing standards for steel pipes that require high-temperature service, ordinary use, and other special applications." Wise Decl. ¶ 6, Ex. 30 (Dkt. 66-7) at 32.

7. ASTM also sells collections of standards called "Sections" which are composed of multiple volumes of the *Annual Book of ASTM Standards*. Wise Decl. ¶ 6, Ex. 30 (Dkt. 66-7) at

32; O'Brien Decl. ¶ 19. For example, the 2024 *Annual Book of ASTM Standards* Section 1 "Iron and Steel Products" contains 962 standards and is comprised of 8 volumes. Wise Decl. ¶ 6, Ex.30 (Dkt. 66-7) at 32.

8. The *ASTM Standards in Building Codes* subscription includes each of the Works in PDF and HTML formats. O'Brien Decl. ¶¶ 15-16, 26, Ex. 3; Wise Decl. ¶¶ 10-30, Exs. 34-54.

9. ASTM maintains a digital subscription database and platform called Compass that provides access to its library of standards. Wise Decl. ¶ 6, Ex. 30 (Dkt. 66-7) at 2, 26; O'Brien Decl. ¶ 21.

10. ASTM also licenses its standards to third parties who make the standards available as part of a subscription service. For example, ASTM licenses all of the Works, to parties such as MADCAD and Accuris (formerly IHS). O'Brien Decl. ¶¶ 30-34.

11. ASTM's license with ICC, executed in 2021, [redacted]. O'Brien Decl. ¶ 32, Ex. 5 (ASTM0016560) at Section 2, 3, Ex. B (stating that the licensed works include both current and historical versions).

12. MADCAD likewise offers a subscription to ASTM standards titled "ASTM Selected Standards from Building Codes" that includes all of the Works. https://www.madcad.com/store/package/ASTM-ASTMsinBuildingCodes-pack/. Wise Decl. ¶ 45, Ex. 69.

13. ASTM's standards are used by professionals and specialists, including manufacturers, trades people, engineers, and architects. O'Brien Decl. ¶ 13.

14. This case involves 10 standards (collectively the "Works") as shown in the chart below. ASTM has obtained copyright registration certificates, as shown in the chart below. O'Brien Decl. ¶¶ 37-46, Exs. 6-15.

| Title | Edition | Registration No. |
|---|---|---|
| ASTM A36/A36M-14 Standard Specification for Carbon Structural Steel. | 2014 | TX 8-068-653 |
| ASTM A252-10 (Reapproved 2018) Standard Specification for Welded and Seamless Steel Pipe Piles.[1] | 2010 | TX 7-550-513 |
| ASTM A722/A722M-18 Standard Specification for High-Strength Steel Bars for Prestressed Concrete. | 2018 | TX 8-690-736 |
| ASTM A653/A653M-17 Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process.[2] | 2017 | TX 8-217-668 |
| ASTM A706/A706M-16 Standard Specification for Deformed and Plain Low-Alloy Steel Bars for Concrete Reinforcement. | 2016 | TX 8-217-259 |
| ASTM A875/A875M-13 Standard Specification for Steel Sheet, Zinc-5 % Aluminum Alloy-Coated by the Hot-Dip Process. | 2013 | TX 7-886-878 |
| ASTM A924/A924M-17a Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot-Dip Process. | 2017 | TX 8-422-153 |
| ASTM B209-14 Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate. | 2014 | TX 8-062-199 |
| ASTM A615/A615M-15a Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement. | 2015 | TX 8-142-387 |
| A690/A690M-13a Standard Specification for High-Strength Low-Alloy Nickel, Copper, Phosphorus Steel H-Piles and Sheet Piling with Atmospheric Corrosion Resistance for Use in Marine Environments. | 2013 | TX 7-935-900 |

15. ASTM is the copyright claimant for the Works. O'Brien Decl. ¶¶ 37-46, Exs. 6-15.

16. The copyright registrations were effective within five years of the date of first publication identified in the registration certificate. O'Brien Decl. ¶¶ 37-46, Exs. 6-15.

[1] Copyright registration covers 2012 *Annual Book of ASTM Standards-- Steel--Piping, Tubing, Fittings*, in which ASTM A252 is published.
[2] Copyright registration covers ASTM A653/A653M-15e1.

17. The published version of each Work includes a copyright notice identifying ASTM as the copyright owner. O'Brien Decl. ¶¶ 47-56, Exs. 16-25.

18. ASTM has not licensed Defendants' use of the Works or any other ASTM standard. O'Brien Decl. ¶ 33-34, 36; Wise Decl. ¶ 50, Ex. 74 at 245:24-246:2 ("I'm asking if you pay any licensing costs to ASTM. A. We don't -- yeah, we don't pay any licensing costs to ASTM.").

**D. ASTM's Works Contain Copyright Management Information**

19. Each Work bears a title identifying the copyrighted work. O'Brien Decl. ¶¶ 47-56, Exs. 16-25. For example, ASTM standard A36/A36M-14 has the title shown below:

**Standard Specification for Carbon Structural Steel**[1]

20. Each Work bears a copyright notice identifying ASTM as the copyright owner. O'Brien Decl. ¶¶ 47-56, Exs. 16-25. For example, the copyright notice from ASTM standard A36/A36M-14 is shown below.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959. United States

21. Each Work bears ASTM International's name and the address of its headquarters. O'Brien Decl. ¶¶ 47-56, Exs. 16-25.

22. Each Work bears terms and conditions for the use of the Work O'Brien Decl. ¶¶ 47-56, Exs. 16-25. For example, ASTM standard A36/A36M-14 bears the terms and conditions for use below.

> *ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility.*
>
> *This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing you should make your views known to the ASTM Committee on Standards, at the address shown below.*
>
> *This standard is copyrighted by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States. Individual reprints (single or multiple copies) of this standard may be obtained by contacting ASTM at the above address or at 610-832-9585 (phone), 610-832-9555 (fax), or service@astm.org (e-mail); or through the ASTM website (www.astm.org). Permission rights to photocopy the standard may also be secured from the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, Tel: (978) 646-2600; http://www.copyright.com/*

**E. UpCodes**

23. UpCodes, Inc. was founded in 2016 by brothers Garrett Reynolds and Scott Reynolds. Wise Decl. ¶¶ 62-63, Ex. 86-87 (Compl. ¶ 34; Ans. ¶ 34).

24. UpCodes participated in YCombinator (a startup incubator). Wise Decl. ¶ 65, Ex. 89 at 71:8-13, 99:1-24; 143:6-14.

25. In UpCodes' notes made to prepare for questions it may receive during its YCombinator interview, UpCodes stated: [redacted]

Wise Decl. ¶ 65, Ex. 89 at 120:4-121:10, 123:19-25, 135:2-22.

26. Prior to September 2017, the UpCodes website included a statement indicating that the UpCodes Website may contain "rules and regulations which are copyrighted works owned by relevant organizations and associations." Wise Decl. ¶ 66, Ex. 90 at Response to Request for Admission No. 27.

27. UpCodes did not purchase any of the Works from ASTM. Wise Decl. ¶ 47, Ex. 71 at Response to Interrogatory No. 1; O'Brien Decl. ¶¶ 34, 36.

28. UpCodes has purchased more ASTM standards than it has currently posted on its website. Wise Decl. ¶ 87, Ex. 111.

29. UpCodes offers three paid tiers: "Essentials," "Professional," and "Enterprise." https://up.codes/pricing. Wise Decl. ¶ 90, Ex. 114.




30. UpCodes' investors include Building Ventures, G Ventures, YCombinator, Liquid 2, Bragiel Brothers Ventures, Point Nine Capital, CapitalX, [redacted], and Ryan Sutton-Gee (an angel investor). Wise Decl. ¶ 50, Ex. 74 at 56:3-12, 134:8-139:20; Wise Decl. ¶ 65, Ex. 89 at 74:9-75:10; Wise Decl. ¶ 136, Ex. 159.

31. UpCodes' most recent pre-money valuation at the time of its deposition in January 2026 was [redacted] Wise Decl. ¶ 50, Ex. 74 at 132:1-20.

32. UpCodes requires users to login to certain content on its website to "make it more difficult for certain automated tools to scrape content from the UpCodes website." Wise Decl. ¶ 47, Ex. 71 at Response to Interrogatory No. 10; Wise Decl. ¶ 70, Ex. 94 at 273:2-18; Wise Decl. ¶ 65, Ex. 89 at 147:5-148:11.

33. UpCodes produced data concerning the email address and name for users that accessed ASTM standards on UpCodes website between April 2024 and November 2025. Wise Decl. ¶ 99, Ex.123.

34. Ray Shipman, Building Official and Code Enforcement Officer for the City of DuPont, Washington and UpCodes' purported expert witness, testified that his office purchases ASTM standards in hard copy books. Wise Decl. ¶ 138, Ex. 161 at 38:16-39:9.

35. Garrett Reynolds testified: "Q. And UpCodes is purposely trying to acquire more users, right, of those kind that you just named, like carpenters, construction -- construction, tradespeople, general contracts, architects, contractors? ... A. Yeah, I do think we are trying to attract more paid users. We think our paid tier provides a lot of value. Revenue is helpful to us, lets us build more things." Wise Decl. ¶ 70, Ex. 94 at 276:3-11.

**F. Garrett and Scott Reynolds**

36. Scott Reynolds is UpCodes' co-founder and Chief Executive Officer. Wise Decl. ¶ 50, Ex. 74 at 63:23-24.

37. Garrett Reynolds is UpCodes' co-founder, President, and CTO. Wise Decl. ¶ 70, Ex. 94 at 9:17-18.

38. Garrett and Scott Reynolds are responsible for determining what content is posted on UpCodes' website. Wise Decl. ¶ 47, Ex. 71 at Response to Interrogatory Nos. 2, 7; Wise Decl. ¶ 70, Ex. 94 at 123:24-124:10; 220:16-223:7.

39. Garrett and Scott Reynolds are shareholders of UpCodes. Wise Decl. ¶ 50, Ex. 74 at 56:3-5; Wise Decl. ¶ 65, Ex. at 89 at 75:11-76:4.

**G. UpCodes Agreement with the National Fire Protection Association**

40. In August 2025, UpCodes entered into a settlement agreement with the National Fire Protection Association, Inc. ("NFPA") [redacted] ("NFPA Agreement"). Wise Decl. ¶ 129, Ex. 152.

41. The NFPA Agreement includes [redacted]. Wise Decl. ¶ 129, Ex. 152.

42. Under the terms of the NFPA Agreement, UpCodes must pay NFPA [redacted] Wise Decl. ¶ 129, Ex. 152.

43. The royalty payments are based, in part, on [redacted]. Wise Decl. ¶ 129, Ex. 152.

44. Under the terms of the NFPA Agreement, [redacted] Wise Decl. ¶ 129, Ex. 152.

45. In the NFPA Agreement, [redacted] Wise Decl. ¶ 129, Ex. 152.

46. In the NFPA Agreement, [redacted] Wise Decl. ¶ 129, Ex. 152.

* * *

Respectfully submitted,

Date: October 2, 2026

By: */s/ Jane W. Wise*

**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

## CERTIFICATE OF SERVICE

I, Jane W. Wise, certify that on October 2, 2026, I caused a copy of the foregoing document to be filed upon all counsel of record.

**MORRISON & FOERSTER LLP**

Joseph C. Gratz - JGratz@mofo.com
Hannah Jiam - HJiam@mofo.com
Gene Novikov - Gnovikov@mofo.com
Umeet K. Sajjan - USajjan@mofo.com
Kate Im - Kim@mofo.Com
Nishi A. Tavernier - Ntavernier@mofo.com
Sara Doudar - Sdoudar@mofo.com

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Bonnie M. Hoffman - bhoffman@hangley.com
Thomas N. Brown - tbrown@hangley.com
Jason A. Levine - jlevine@hangley.com

/s/ Jane W. Wise
Jane W. Wise