**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-CFK<br><br>**JURY TRIAL REQUESTED**<br><br>Redacted Public Version |

**STATEMENT OF ADDITIONAL FACTS**

**A. ASTM International**

1. ASTM standards are used in a wide range of fields, including consumer products, iron and steel products, rubber, paints, plastics, textiles, medical services and devices, electronics, construction, energy, water, and petroleum products. O'Brien Decl. ¶ 12.

**B. The Standards Development Industry**

2. The term "standards" refers to a variety of technical works, including works that contain product specifications, installation methods, methods for manufacturing or testing materials, recommended practices to ensure safety or efficiency, or other guidelines or best practices. O'Brien Decl. ¶ 6.

3. SDOs have technical expertise in the relevant area. O'Brien Decl. ¶ 7.

4. ASTM is a globally recognized leader in the development and delivery of voluntary consensus standards. O'Brien Decl. ¶ 5.

5. ASTM's standards address narrow, highly technical topics, including test methods (a procedure that produces a test result) or specifications (an explicit set of requirements to be satisfied by a material, product, system, or service). Each standard reflects substantial creative choices in the expression of technical specifications—choices that could have been made differently at the time of creation. O'Brien Decl. ¶¶ 9-10.

6. Model building codes address broad subject matters, such as consensus requirements for constructing buildings of various types in differing conditions and often are hundreds of pages in length. Wise Decl. ¶ 2, Ex 26.

7. ASTM incurs substantial development costs in connection with its standards. For example, ASTM incurred approximately [redacted] in operating expenses on standards creation, publication, and related services in 2024. O'Brien Decl. ¶ 25, Ex. 2; Wise Decl. ¶ 3, Ex. 27 at 9.

8. The revenue generated from the sale of ASTM's standards supports ASTM's ability to fund its significant development costs. ASTM makes the Works available at a reasonable cost, but not for free. ASTM publishes and distributes its standards through multiple channels, including individual standard purchases through its website. When individuals say they cannot afford a standard, ASTM provides it at no cost. ASTM has searched and found no such requests concerning the Works and ASTM is not aware of anyone who was unable to access the Works. O'Brien Decl. ¶ 14, 24; Wise Decl. ¶ 4, Ex. 28 at 241:8-24 ("Our business model is that we charge for access to or the sale of our documents and then we turn around and put that money into the standards development process. It's a large circle."); Wise Decl. ¶ 5, Ex. 29 at 22.

**C. ASTM's Copyrighted Works**

9. The ASTM standards cover a wide range of fields, such as building and construction, aviation, cement and concrete, energy, medical devices, and more. Wise Decl. ¶ 6, Ex. 30 at 5-12; O'Brien Decl. ¶ 12.

10. There are many purposes or uses for ASTM standards. One purpose and use for a couple thousand ASTM's standards is to be included in a collection of ASTM standards referenced in building codes so that its users of that publication can have easy access to those standards that are referenced in building codes. *See* Wise Decl. ¶ 7, Ex. 31 ("ASTM's official form and style manual indicating that certain ASTM standards are "developed for reference in model building codes"). That publication is entitled *ASTM Standards in Building Codes*. Wise Decl. ¶ 6, Ex. 30 at 6; Wise Decl ¶ 8, Ex. 32 at 12. The *ASTM Standards in Building Codes* subscription contains more than 2,400 standards and generated over [redacted]. Wise Decl ¶ 8, Ex. 32 at 12;Wise Decl. ¶ 9, Ex. 33.

11. ASTM's *Standards in Building Codes* subscription also contains prior and subsequent versions of the Works as part of the same subscription. Wise Decl. ¶ 6, Ex. 30 at 26

("You will continue to view the standards in your subscribed volume online, in HTML or PDF format, but will also have access (at no additional charge) to view historical, withdrawn, and redline versions. That means you can compare the current version to past versions and easily identify changes from revision to revision."). Wise Decl. ¶¶ 32-44, Exs. 56-68.

12. "UpCodes' conduct also competes with related derivative works, such as ASTM Standards in Building Code*s*, which provides access to all ASTM standards referenced in building codes that are IBR by governmental authorities- precisely what UpCodes claims it is entitled to reproduce." Wise Decl. ¶ 3, Ex. 27 at 17.

13. ASTM Compass allows users to compare the current or past versions of an ASTM standard, including the Works, with different published versions. Wise Decl. ¶ 57, Ex. 81; Wise Decl. ¶ 6, Ex. 30 at 26.

14. Another purpose and use of ASTM's standards is for licensing those standards to third parties who make the standards available as part of a subscription service. For example, ASTM licenses some or all of its standards, including all of the Works, to parties such as MADCAD and Accuris (including Techstreet)(formerly IHS), who include ASTM standards in online subscription offerings. In addition, ASTM licenses all of the standards that are referenced in the International Building Codes to the developer of those codes, International Code Council, Inc. ("ICC"). Pursuant to that license, ICC makes copies of building codes and the ASTM standards referenced in those codes available to its customers. O'Brien Decl. ¶¶ 30-31; O'Brien Decl. ¶ 32, Ex. 5; Wise Decl. ¶ 31, Ex. 55 ¶¶ 42, 43.

15. ASTM earns nearly [redacted] of its publication revenue through the sale of its standards through third-party licensees. Wise Decl. ¶ 46, Ex. 70 at 10; O'Brien Decl. ¶ 25, Ex. 2 at 152.

16. The copyright registration certificates cover each of the Works. O'Brien Decl. ¶¶ 37-46, Exs. 6-15.

17. The copyright registration for each work was effective within five years of the date of first publication identified in the registration certificate. O'Brien Decl. ¶¶ 37-46, Exs. 6-15.

18. UpCodes did not identify any language in any of the Works that could only be expressed in one way or a limited number of ways at the time that it was first published by ASTM. Wise Decl. ¶ 47, Ex. 71 at No. 5.

19. UpCodes conceded that at the time they were written, the Works were capable of being written multiple ways. Wise Decl. ¶ 48, Ex.72 at 17 ("True enough" that nothing . . . would preclude UpCodes or another standards development organization from writing publications expressing the same ideas set forth in the Works."); Wise Decl. ¶ 49, Ex. 73 at 24 ("There are multiple ways of expressing how to make steel and aluminum. If someone merely seeks to express the best way to make those materials or the industry standard for doing so, merger would not apply, and ASTM could enforce its copyright against use of the Works as model standards").

**D. ASTM's Works Contain Copyright Management Information**

**Standard Specification for
Carbon Structural Steel[1]**

20. Standards downloaded from ASTM's Compass platform bear a copyright notice identifying that the document has been downloaded/printed by a licensee and identifying restrictions on copying the document. Wise Decl. ¶ 52 Ex. 76. For example, ASTM standard A690/A690M-13a downloaded from Compass on February 11, 2026 is shown below.

Copyright by ASTM Int'l (all rights reserved) Wed Feb 11 20:41:47 UTC 2026
Downloaded/printed by
Jane Wise (Jane Wise) pursuant to License Agreement. No further reproductions authorized.

21. ASTM licensees apply language to ASTM standards that identify ASTM as the copyright owner and that the copyrighted work is subject to a license. Wise Decl. ¶ 53, Ex. 77; Wise Decl. ¶ 54, Ex. 78. For example, the copy of ASTM standard B209-14 purchased by UpCodes from daneshlink.com bears the copyright ownership and licensing information (identifying a University of Texas account as the licensee) below.

Copyright ASTM International
Provided by IHS under license with ASTM
No reproduction or networking permitted without license from IHS

Licensee=University of Texas Revised Sub Account/5620001114
Not for Resale, 06/18/2015 01:49:34 MDT

**E. ASTM's Markets for Standards**

22. ASTM makes its standards, including the Works, available in multiple formats. Wise Decl. ¶¶ 11-30, Exs. 35-54; O'Brien Decl. ¶ 14.

23. [redacted] access the Works between 2019–2025 through ASTM Compass. O'Brien Decl. ¶ 22, Ex. 1.

24. Between 2019 and 2026, the Works were downloaded or accessed [redacted]. O'Brien Decl. ¶ 22, Ex. 1.

25. ASTM Compass allows users to annotate, highlight, search, and compare specific parts of standards or versions of standards. Wise Decl. ¶ 55 Ex. 79 at ASTM0002428; Wise Decl. ¶ 56 Ex. 80; Wise Decl. ¶ 57 Ex. 81.

26. ASTM's licensees' subscriptions also permit users to use tools in connection with ASTM's standards, including searching, annotating, and bookmarking. Wise Decl. ¶ 58, Ex. 82; O'Brien Decl. ¶ 32, Ex. 5; Wise Decl. ¶ 135, Ex. 158.

**F. Significant Portions of ASTM Standards Do Not Dictate Any Legal Obligations.**

27. UpCodes has not identified any law or regulation that incorporates any of the Works by reference. ASTM's Reading Room is limited to standards incorporated into federal regulations, and it does not include any of the Works. Wise Decl. ¶ 48, Ex. 72; Wise Decl. ¶ 49, Ex. 73; O'Brien Decl. ¶ 35.

28. Instead, each of the Works is referenced by a model building code called the International Building Code ("IBC"), published by the International Code Council, Inc. ("ICC"). Wise Decl. ¶ 61, Ex. 85; Wise Decl. ¶ 140, Ex. 163.

29. For example, the 2021 Pennsylvania Uniform Construction Code incorporates by reference the 2021 *IBC*, a copyrighted work published by ICC. The text of 2021 International Building Code refers to certain ASTM standards, including the Works. Wise Decl. ¶ 59, Ex. 83.

30. Section 1810.3.2.3 of the 2021 *IBC* states: "Structural steel H-piles and structural steel sheet piling shall conform to the material requirements in ASTM A6. Steel pipe piles shall conform to the material requirements in ASTM A252. Fully welded steel piles shall be fabricated from plates that conform to the material requirements in ASTM A36, ASTM A283, ASTM A572, ASTM A588 or ASTM A690." Wise Decl. ¶ 60, Ex. 84.

31. For example, New Jersey adopted the 2024 IBC, which references the current version of ASTM A36. Wise Decl. ¶ 61, Ex. 85; Wise Decl. ¶ 32, Ex. 56.

32. ASTM standards referenced in building codes include copyrightable expression that does not dictate any legal obligations. O'Brien Decl. ¶¶ 47-56, Exs. 16-25.

33. ASTM standards A36/A36M-14, A252-10 (2018), A615/A615M-15a, A653/A653M-17, A690/A690M-13a, A706, A722, A875/A875M-13, A924/A924M-17a, and B209-14 include a description of the publication history of the standard that do not dictate any legal obligations. An example from A36/A36M-14 is shown below. Wise Decl. ¶ 53, Ex. 77; O'Brien Decl. ¶¶ 47-56., Exs. 16-25.

> This standard is issued under the fixed designation A36/A36M; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

34. ASTM standards A36/A36M-14, A252-10 (2018), A615/A615M-15a, A690/A690M-13a, A653/A653M-17, A706/A706M-16, A722/A722M-18, A875/A875M-13, A924/A924M-17a, and B209-14 include "Referenced Documents" that identify additional standards and documents, but do not dictate any legal obligations. O'Brien Decl. ¶¶ 47-56, Exs.16-25.

35. ASTM standards A36/A36M-14, A653/A653M-17, A690/A690M-13a, A722/A722M-18, and A924/A924M-17a include "Supplementary Requirements" that do not apply unless they are specified by the purchaser or in the purchase order that do not dictate any legal obligations. O'Brien Decl. ¶¶ 47-56, Exs.16-25.

36. ASTM standards A36/A36M-14, A252-10 (2018), A615/A615M-15a, A653/A653M-17, A690/A690M-13a, A706/A706M-16, A722/A722M-18, A875/A875M-13, A924/A924M-17a, and B209-14 include notes that provide explanatory information but do not dictate any legal obligations. O'Brien Decl. ¶¶ 47-56, Exs.16-25.

37. ASTM standards A252-10 (2018), A653/A653M-17, A875/A875M-13, and A924/924M-17a, include non-mandatory appendices that do not dictate any legal obligations. Wise Decl. ¶ 64, Ex. 88 at No. 16; O'Brien Decl. ¶¶ 48,54-55, Exs. 17, 23-24.

38. ASTM standard A653/A653M-17 include figures that illustrate concepts in the text, but that do not dictate any legal obligations. O'Brien Decl. ¶ 50, Ex. 19.

39. ASTM standard A252-10 (2018) includes a section on certification (paragraph 21) that only applies "[w]here specified in the purchase order" and does not dictate any legal obligations. O'Brien Decl. ¶ 48, Ex. 17.

40. ASTM standard A722/A722M-18 includes a section on certification (paragraph 16.2) that only applies "[w]hen specified in the purchase order" and does not dictate any legal obligations. O'Brien Decl. ¶ 53, Ex. 22.

41. ASTM standard A706/A706M-16 includes packaging marking information (paragraph 20.2) that only applies "[w]hen specified in the purchase order" or when purchased by or for the U.S. Government and does not dictate any legal obligations. O'Brien Decl. ¶ 52, Ex. 21.

42. ASTM standard A924/A924M-17a includes a section on certification (paragraph 16.1) that only applies "[w]hen specified in the purchase order" and does not dictate any legal obligations. O'Brien Decl. ¶ 55, Ex. 24.

43. ASTM standard B209-14 includes a section on stress-corrosion resistance (paragraph 13.1) that only applies "[w]hen specified in the purchase order" and sections on packaging marking information (paragraph 21.2-21.3) that only applies "[w]hen specified in the contract or purchase order [.]" These sections do not dictate any legal obligations. O'Brien Decl. ¶ 56, Ex. 25.

44. ASTM standard A615/A615M-15a includes packaging marking information (paragraph 20.2) that only applies "[w]hen specified in the purchase order" or when purchased by or for the U.S. Government and an annex concerning Alternate Bar Sizes (Annex A1.1) that applies

"only when specified in the purchase order or contract." These provisions do not dictate any legal obligations. O'Brien Decl. ¶ 49, Ex. 18.

**G. UpCodes' Infringement**

45. In its YCombinator application, UpCodes [redacted] Wise Decl. ¶ 65, Ex. 89 at 99:1-24; 143:6-14.

46. UpCodes disclosed to YCombinator that: [redacted] Wise Decl. ¶ 65, Ex. 89 at 97:14-98:9; 115:15-116:3.

47. [redacted] Wise Decl. ¶ 65, Ex. 89 at 116:23-117:7.

48. Prior to ICC suing UpCodes, the UpCodes website displayed copyright notices for ICC model codes. Wise Decl. ¶ 66, Ex. 90 at No. 29.

49. UpCodes decided to reproduce ASTM's Works on its website based on the demands of its customers. Wise Decl. ¶ 47, Ex. 71 at No. 7; Wise Decl. ¶ 67 at 91.

50. UpCodes investors also recommended adding ASTM standards to the UpCodes website. Wise Decl. ¶ 68, Ex. 92.

51. UpCodes did not purchase any of the Works from an authorized ASTM licensee. Wise Decl. ¶ 47, Ex. 71 at No. 1; O'Brien Decl. ¶ 34.

52. Instead, UpCodes purchased the Works from three sources: the Engineer Standards Store, https://kupdf.net, and https://jahanayegh.com. Wise Decl. ¶ 47, Ex. 71 at No. 1; Wise Decl. ¶ 69, Ex. 93; Wise Decl. ¶ 70, Ex. 94 at 215:25-217:23; Wise Decl. ¶ 53, Ex. 77.

53. Engineer Standards Store, https://kupdf.net, and https://jahanayegh.com are not authorized licensees or resellers of ASTM standards. O'Brien Decl. ¶ 36.

54. After purchasing the Works, [redacted] Wise Decl. ¶ 70, Ex. 94 at 209:24-212:25, 223:24-224:14, 234:5-237:10, 242:24-244:7; Wise Decl. ¶ 71, Ex. 95; Wise Decl. ¶ 72, Ex. 96; Wise Decl. ¶ 47, Ex. 71 at No. 2.

55. Garrett Reynolds testified about how UpCodes' "manually converts" ASTM standards: [redacted] Wise Decl. ¶ 70, Ex. 94 at 234:5-10.

56. [redacted] Wise Decl. ¶ 70, Ex. 94 at 231:18-234:4, 237:11-238:5.

57. UpCodes reproduced the text, tables, and figures from each of the Works on its website. Wise Decl. ¶¶ 73-82, Exs. 97-106.

58. UpCodes reproduced the text of two additional ASTM standards since ASTM initiated the lawsuit. Wise Decl. ¶ 70, Ex. 94 at 122:18-123:2; Wise Decl. ¶ 83, Ex. 107.

59. UpCodes' process for reproducing the ASTM Works introduces errors. Wise Decl. ¶ 84, Ex. 108; Wise Decl. ¶ 70, Ex. 94 at 137:10-142:1, 254:1-256:3.

60. Even UpCodes' quality assurance checks are not capable of eliminating errors from being introduced. Wise Decl. ¶ 70, Ex. 94 at 255:21-256:3.

61. UpCodes understands that "[a]ccuracy is the most important thing[.] Be super careful to get the data exactly right, especially when there are number or formulas. Engineers

build buildings using these numbers. We don't want any mistakes with bridges because of a mistake in a table!" Wise Decl. ¶ 71, Ex. 95.

62. UpCodes versions of ASTM's standards are inaccurate. Wise Decl. ¶ 64, Ex. 88 at No. 19; Wise Decl. ¶ 4, Ex. 28 at 245:17-253:19, 255:13-257:8.

63. Eight additional ASTM standards appear in grey on UpCodes' website, but the text of those standards is not currently available on UpCodes' website. Wise Decl. ¶ 83, Ex. 107; Wise Decl. ¶ 85, Ex. 109.

64. Tiles on UpCodes' website appear in gray when UpCodes was planning to add them to its website, but the content is not available to users yet. Wise Decl. ¶ 70, Ex. 94 at 59:1-12, 72:2-20; Wise Decl. ¶ 86, Ex. 110 at 246:24-248:18; Wise Decl. ¶ 83, Ex. 107; Wise Decl. ¶ 85, Ex. 109; Wise Decl. ¶ 67, Ex. 91 ("All the greyed-out ones are currently being finalized.").

65. As of May 1, 2024, UpCodes' website showed a tile for "Aluminum and Aluminum-Alloy Steel and Plate Code (Metric) ASTM B209M, 2014" that was in gray. Wise Decl. ¶ 85, Ex. 109.

66. As of April 23, 2024, UpCodes' website featured a tile for "Aluminum and Aluminum-Alloy Steel and Plate Code (Metric) ASTM B209M, 2014" the content of the standard was live. Wise Decl. ¶ 62, Ex. 86 at ¶ 47; Wise Decl. ¶ 63, Ex. 87 at ¶ 47; Wise Decl. ¶ 82, Ex. 106.

67. UpCodes has not made a permanent decision to stop reproducing additional ASTM standards. Wise Decl. ¶ 70, Ex. 94 at 119:25-120:7; Wise Decl. ¶ 47, Ex. 71 at No. 11.

68. UpCodes testified that nothing is preventing UpCodes from publishing additional "ASTM laws." Wise Decl. ¶ 70, Ex. 94 at 124:11-15.

### H. Defendants' Use of the Works is Commercial and Non-Transformative.

#### i. Defendants' Paid Tier is Commercial.

69. UpCodes paid offerings all include access to its full building code library. Wise Decl. ¶ 90, Ex. 114; Wise Decl. ¶ 91, Ex. 115.

70. UpCodes has earned at least [redacted] in revenue. Wise Decl. ¶ 3, Ex. 27 at 18–19.

71. UpCodes uses SDO's codes and standards to train its AI tool, called "Copilot." Wise Decl. ¶ 92, Ex. 116.

72. UpCodes' Copilot accesses the content of the codes and standards in UpCodes' code library to answer user questions about "code compliance." Wise Decl. ¶ 92, Ex. 116.

73. UpCodes claims that "[u]nlike generic AI tools, Copilot is designed for compliance workflows, tying codes, documents, projects, and your institutional knowledge together in one place." Wise Decl. ¶ 92, Ex. 116; Wise Decl. ¶ 93, Ex. 117; Wise Decl. ¶ 94, Ex. 118; Wise Decl. ¶ 95, Ex. 119.

74. UpCodes tells its investors that it has [redacted] Wise Decl ¶ 102, Ex. 125 at ASTM_UPCODES00081467.

[redacted]

75. UpCodes Copilot may also recommend products from UpCodes' product library. Wise Decl. ¶ 50, Ex. 74 at 170:22-171:18.

**ii. Defendants' Free Tier is Commercial.**

76. UpCodes requires users to create a login and agree to UpCodes' terms of service before they can access the text of any ASTM Work. Wise Decl. ¶ 50, Ex. 74 at 212:10-213:8; Wise Decl. ¶ 88, Ex. 112.

77. [redacted] Wise Decl. ¶ 96, Ex. 120.

78. Garrett Reynolds testified that its tier of registered free users allows UpCodes to give users an incentive to convert to UpCodes paid tier: "if you sign up, then we're going to give you some access to some of our paid feature, but a limited amount of access, not like the full access to the paid features. So users can get a taste of that and, yeah, hopefully sign up or go on to being

a paid user." And that the tools would be useless without the codes and standards. Wise Decl. ¶ 97, Ex. 121 at 112:10-21; Wise Decl. ¶ 97, Ex. 121 at 126:6-23

79. Scott Reynolds testified: "Q. [I]s it a fair statement that more users -- the more users you have, the more opportunities you have to convert people into premium -tier customers? A. Yeah, I think the -- the more folks on the free side gives us an opportunity to help them on the -- the paid side if we can -- if part of the premium offering relates to what they're trying do, yeah, it helps." Wise Decl. ¶ 65, Ex.89 at 180:12-20.

80. UpCodes collects email addresses for users that create an account and uses them as a lead generator for its sales team and other marketing purposes. Wise Decl. ¶ 97, Ex. 121 at 111:1-21; Wise Decl. ¶ 96, Ex. 120; Wise Decl. ¶ 103, Ex. 126.

81. For example, UpCodes used [redacted], then free users, an email stating: "Teams that use the free version as extensively as you guys do benefit from getting access to more folks." [redacted] Wise Decl. ¶ 91, Ex. 115; Wise Decl. ¶ 104, Ex. 127; Wise Decl. ¶ 105, Ex. 128; Wise Decl. ¶ 106, Ex. 129.

82. Scott Reynolds testified that having codes available for free would help drive UpCodes' SEO numbers up because "if you have content out there, it can be indexed by Google, and that can bring users on the page." Wise Decl. ¶ 65, Ex. 89 at 180:8-10.

83. UpCodes described free users as [redacted] and explained that it was [redacted] Wise Decl. ¶ 97, Ex. 121 at 111:1-21.

84. UpCodes considers current free users to be leads and that use of the UpCodes site on a free basis is an expression of interest. Wise Decl. ¶ 98, Ex. 122 at 123:5-9.

85. UpCodes follows up with potential customers that abandon products in their checkout carts to persuade them to purchase paid subscriptions. Wise Decl. ¶ 96, Ex. 120.

86. A significant number [redacted] of individuals who accessed the Works on UpCodes' website worked at companies subscribing to ASTM's services. Wise Decl ¶ 99, Ex. 123; O'Brien Decl. ¶ 22, Ex. 1. The percentage was calculated by comparing the domain names on ASTM's list of Compass users to UpCodes list of individuals that viewed content on UpCodes website based on ASTM standards. Domains from both UpCodes and ASTM's respective law firms were excluded from the calculation. This percentage may be low as some UpCodes users registered personal email addresses (e.g., @gmail.com or @yahoo.com). Wise Decl. ¶ 100.

87. UpCodes created an investor presentation when it did Pre-Series A fundraising. Wise Decl. ¶ 50, Ex. 74 at 94:5-95:17, 116:1-13; Wise Decl. ¶ 101, Ex. 124.

88. In its Pre-Series A investor deck, UpCodes refers [redacted] Wise Decl. ¶ 50, Ex. 74 at 95:18-98:9; Wise Decl. ¶ 101, Ex. 124 at ASTM_UPCODES00081239.

[redacted]

89. UpCodes Pre-Series A investor presentation also states that [redacted] Wise Decl. ¶ 101, Ex. 124 at ASTM_UPCODES00081245.

[redacted]

90. UpCodes created an investor presentation when it did Pre-Series B fundraising. Wise Decl. ¶ 102, Ex. 125.

91. UpCodes shared its Pre-Series B presentation with [redacted] Wise Decl. ¶ 50, Ex. 74 at Tr. 220:12-221:21.

92. UpCodes Pre-Series B investor presentation shows [redacted] Wise Decl. ¶ 102, Ex. 125.

[redacted]

93. UpCodes Pre-Series B investor presentation states: [redacted] Wise Decl. ¶ 102, Ex. 125 at ASTM_UPCODES00081462 (emphasis added).

94. UpCodes also monetizes its free users through its product listings service. UpCodes currently hosts over 750,000 building products that architects and engineers can use in their commercial construction projects. Wise Decl. ¶ 137, Ex. 160 at 88:9-91:10, 248:9-249:13; Wise Decl. ¶ 111, Ex. 134.

95. For a fee, UpCodes offers building product manufacturers the opportunity to advertise and promote their products (e.g. windows, plumbing, and masonry) to UpCodes' 900,000 monthly users. Wise Decl. ¶ 116, Ex. 139. UpCodes places advertisement in line with the text of the standards it displays on its website. Wise Decl. ¶ 112, Ex. 135. In that way, it seeks to attract architects and designers that are using the standards to purchase the building products.

96. UpCodes tells investors that this service allows them to [redacted] Wise Decl. ¶ 102, Ex. 125 at ASTM_UPCODES00081471.

[redacted]

97. Product manufacturers like [redacted] and [redacted] have paid as much as [redacted] for the opportunity to market its products to UpCodes' monthly active users, 95% of which are free users. Wise Decl. ¶¶ 113-117, Exs. 136-140; Wise Decl. ¶ 3, Ex. 27 at 18, Ex. 5; Wise Decl. ¶ 118, Ex. 141, Wise Decl. ¶ 119, Ex. 142.

98. UpCodes' investors include venture capital firms. Wise Decl. ¶ 50, Ex. 74 at 56:3-12, 134:8-139:20; Wise Decl. ¶ 65, Ex. 89 at 74:9-75:10.

99. The Pre-Series B deck reports [redacted] Wise Decl. ¶ 81, Ex. 105 at ASTM_UPCODES00081463. In other words, UpCodes' freemium business model

successfully converts free users to paying users and generates considerable new revenue. Wise Decl. ¶ 3, Ex. 27 at 13.

[redacted]

100. Dr. Stec opined that [redacted] Wise Decl. ¶ 3, Ex. 27 at 13.

**I. UpCodes Copies are Substitutes for and Serve the Same Purpose as ASTM's Standards**

101. The text of UpCodes' versions of the Works is identical or substantially similar to ASTM's Works. Wise Decl. ¶ 3, Ex. 27 at 17-18; Wise Decl. ¶ 120, Ex. 143 at 17:24-19:13, 57:15-61:21.

102. ASTM A36/A36M-14, Standard Specification for Carbon Structural Steel, is identical or substantially similar to UpCodes' "Pennsylvania Carbon Structural Steel Code, 2014." *Compare* O'Brien Decl. ¶ 47, Ex. 16 *with* Wise Decl. ¶ 73, Ex. 97; Wise Decl. ¶ 86, Ex. 110 at 339:18-340:18.

103. UpCodes reproduces the identical language from ASTM A36/A36M-14, Standard Specification for Carbon Structural Steel under the title Pennsylvania Carbon Structural Steel Code, 2014. Appendix A provides a side-by-side comparison of each ASTM Work with UpCodes' version of the same standard.

| [redacted]n Decl. ¶ 47, Ex. 16] | UpCodes' Pennsylvania Carbon Structural Steel Code, 2014 [Wise Decl. ¶ 73, Ex. 97] |
|---|---|
| [redacted] | **Pennsylvania Carbon Structural Steel Code, 2014**<br><br>**1 Scope**<br><br>**1.1**<br>This specification[2] covers carbon steel shapes, plates, and bars of structural quality for use in riveted, bolted, or welded construction of bridges and buildings, and for general structural purposes.<br><br>[2] For ASME Boiler and Pressure Vessel Code Applications, see related Specifications SA-36 in Section of that Code.<br><br>**1.2**<br>Supplementary requirements are provided for use where additional testing or additional restrictions are required by the purchaser. Such requirements apply only when specified in the purchase order.<br><br>**1.3**<br>When the steel is to be welded, a welding procedure suitable for the grade of steel and intended use or service is to be utilized. See Appendix X3 of Specification A6/A6M for information on weldability.<br><br>**1.4**<br>The values stated in either inch- pound units or SI units are to be regarded separately as standard. Within the text, the SI units are shown in brackets. The values stated in each system are not exact equivalents; therefore, each system is to be used independently of the other, without combining values in any way.<br><br>**1.5**<br>The text of this specification contains notes or footnotes, or both, that provide explanatory material. Such notes and footnotes, excluding those in tables and figures, do not contain any mandatory requirements.<br><br>**1.6**<br>For structural products produced from coil and furnished without heat treatment or with stress relieving only, the additional requirements, including additional testing requirements and the reporting of additional test results, of A6/A6M apply. |

104. ASTM A252-10 (Reapproved 2018), Standard Specification for Welded and Seamless Steel Pipe Piles, is identical or substantially similar to UpCodes' "California Welded

and Seamless Steel Pipe Piles Code, 2010 (R2018)." *Compare* O'Brien Decl. ¶ 48, Ex. 17 *with* Wise Decl. ¶ 74, Ex. 98; Appendix A.

105. ASTM A615/A615M-15a Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement, is identical or substantially similar to UpCodes' "Colorado Deformed and Plain Carbon-steel Bars for Concrete Reinforcement Code 2015ae1." *Compare* O'Brien Decl. ¶ 49, Ex. 18 *with* Wise Decl. ¶ 75, Ex. 99; Appendix A.

106. ASTM A653/A653M-17, Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process, is identical or substantially similar to UpCodes' "California Steel Sheet, Zinc-Coated Galvanized or Zinc-Iron Alloy-Coated Galvannealed by the Hot-Dip Process Code, 2017." *Compare* O'Brien Decl. ¶ 50, Ex. 19 *with* Wise Decl. ¶ 76, Ex. 100; Appendix A.

107. A690/A690M-13a Standard Specification for High-Strength Low-Alloy Nickel, Copper, Phosphorus Steel H-Piles and Sheet Piling with Atmospheric Corrosion Resistance for Use in Marine Environments, is identical or substantially similar to UpCodes' "California High-Strength Low-alloy Piling with Atmospheric Corrosion Resistance for use in Marine Environments Code, 2013 (2018)." *Compare* O'Brien Decl. ¶ 51, Ex. 20 *with* Wise Decl. ¶ 77, Ex. 101; Appendix A.

108. ASTM A706/A706M-16, Standard Specification for Deformed and Plain Low-Alloy Steel Bars for Concrete Reinforcement, is identical or substantially similar to UpCodes' "California Low-Alloy Steel Deformed and Plain Bars for Concrete Reinforcement Code 2016." *Compare* O'Brien Decl. ¶ 52, Ex. 21 *with* Wise Decl. ¶ 78, Ex. 102; Appendix A.

109. ASTM A722/A722M-18, Standard Specification for High-Strength Steel Bars for Prestressed Concrete, is identical or substantially similar to UpCodes' "California High-strength

Steel Bars for Prestressed Concrete Code 2018." *Compare* O'Brien Decl. ¶ 53, Ex. 22 *with* Wise Decl. ¶ 79, Ex. 103; Appendix A.

110. ASTM A875/A875M-13 Standard Specification for Steel Sheet, Zinc-5 % Aluminum Alloy-Coated by the Hot-Dip Process, is identical or substantially similar to UpCodes' "California Steel Sheet, Zinc-5 Percent, Aluminum Alloy-Coated by the Hot-Dip Process Code 2013." *Compare* O'Brien Decl. ¶ 54, Ex. 23 *with* Wise Decl. ¶ 80, Ex. 104; Appendix A.

111. ASTM A924/A924M-17a Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot-Dip Process, is identical or substantially similar to UpCodes' "California Steel Sheet, Metallic-Coated by the Hot-dip Process Code 2017A." *Compare* O'Brien Decl. ¶ 55, Ex. 24 *with* Wise Decl. ¶ 81, Ex. 105; Appendix A.

112. ASTM B209-14 Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate, is identical or substantially similar to UpCodes' "California Aluminum and Aluminum Alloy Sheet and Plate Code 2014." *Compare* O'Brien Decl. ¶ 56, Ex. 25 *with* Wise Decl. ¶ 82, Ex. 106; Appendix A.

113. ASTM and UpCodes each offer a subscription service that permits users to access standards referenced in building codes. O'Brien Decl. ¶¶ 15-16; Wise Decl. ¶ 3, Ex. 27 at 7; Wise Decl. ¶¶ 73-82, Exs. 97-106.

114. ASTM and UpCodes' respective subscriptions offer users the same types of tools to use in connection with the Works, including highlighting, annotation, search, and comparing the content to see later versions of the same standard. Wise Decl. ¶ 57, Ex. 81; Wise Decl. ¶ 90, Ex. 114.

115. "UpCodes' existing paying users are mostly made up of architecture (44.2%); construction (23.0%), and engineering (9.6%), which are the same types of users that avail

themselves of ASTM's services." Wise Decl. ¶ 46, Ex. 70 at 12 n.61; Wise Decl. ¶ 101, Ex. 124 at ASTM_UPCODES00081241; Wise Decl. ¶ 55, Ex. 79 at 428.

116. After UpCodes' CEO told investors [redacted] Wise Decl. ¶ 68, Ex. 92 at ASTM_UPCODES00079155.

117. UpCodes added ASTM standards in response to paying customer demands—supplying in-demand content to its existing user base. Wise Decl. ¶ 107, Ex. 130; Wise Decl. ¶ 3, Ex. 27 at 26.

118. [redacted] an architecture firm, contacted UpCodes in 2017 to compare UpCodes' offering to its existing subscription with MADCAD. Specifically, [redacted] was interested in determining whether UpCodes' library could be an acceptable substitute for its existing subscriptions. [redacted] emailed Scott Reynolds a list of their current subscriptions with MADCAD, which included the "ASTM Standards Referenced in 2015 I-Codes Package" (referring to ICC's model building codes). Then [redacted] asked UpCodes "Do all of these exist within your library? If not, which ones would we have to source from elsewhere? What would be the annual program fee for your service pasted on this portfolio of documents?" Wise Decl. ¶ 107, Ex. 130.

119. In 2020, [redacted] contacted UpCodes regarding the addition of ASTM and NFPA standards to UpCodes' library. [redacted] was interested in transitioning to UpCodes, but "would need access to [ASTM and NFPA] as well." Wise Decl. ¶ 108, Ex. 131.

120. In February 2023, [redacted] indicated that ASTM standards incorporated by reference in the model codes were among its most frequently requested resources. UpCodes

prioritized [redacted] request because it is "very large, which plays a role in what [UpCodes] prioritize[s]." Wise Decl. ¶ 67, Ex. 191. [redacted] is an UpCodes "Enterprise" customer who pays [redacted] for its subscription license. Wise Decl. ¶ 121, Ex. 144.

121. In February 2023, UpCodes was contacted by [redacted], an architecture and design firm, who stressed the value of ASTM's standards to UpCodes' subscription offering, stating "ASTM standards would be an invaluable addition." and that they would be "significantly less likely to want to pay for access to an ASTM licensee" if UpCodes had more ASTM standards available on its website. Wise Decl. ¶ 109, Ex. 132.

122. In April 2024, [redacted] contacted UpCodes searching for the content of two ASTM standards: ASTM C564 and C1540. UpCodes responded that it did not currently host those standards, but that it would pass along to the content team. Wise Decl. ¶ 110, Ex. 133.

123. Dr. Jeffery Stec opined that "UpCodes' incorporation of ASTM standards was responsive to demonstrated user demand and that such demand is likely to continue following their inclusion into current and future standards." Wise Decl. ¶ 3, Ex. 27 at 28.

124. Dr. Jeffery Stec opined that "When one supplier offers an identical product at a price of zero, consumer choice theory would indicate demand for the free product increases dramatically while demand for the direct market substitute, which is not free, will go to zero." and that "[A]ny significant loss of revenue would require ASTM to change the way in which it conducts its business." And that without copyright revenue, "critically important but unprofitable standards will no longer be developed, which will come at a high cost to public health and safety." and that "[T]hese third-party licensees may be encouraged by UpCodes' practices of publishing ASTM's standards for free and decide to stop paying royalties on the standards and/or offer these standards for free to their customers." Wise Decl. ¶¶ 3, Ex. 27 at 17, 34, 35.

125. Dr. Jeffery Stec opined that "Goods are perfect or near-perfect substitutes when they are identical or nearly identical in their relevant characteristics, such that a rational consumer will choose the lower-priced alternative.", that "UpCodes' reproduction of substantively identical copies of the Copyrighted Works function as a direct market or near-perfect substitute[s]" for ASTM's Works, and "[w]hether an UpCodes subscriber is nominally paying for 'tools' rather than for the Copyrighted Works does not change the fact that a user who obtains an ASTM standard on UpCodes at no charge has no reason to obtain that same standard from ASTM or an ASTM licensee." Wise Decl. ¶ 3, Ex. 27 at 17; Wise Decl. ¶ 46, Ex. 70 at 14.

126. "[A] user who obtains an ASTM standard on UpCodes at no charge has no reason to obtain that same standard from ASTM or an ASTM licensee. Wise Decl. ¶ 3, Ex. 27 at 14.

127. Jon Dickman testified that, before using the UpCodes website, UpCodes customers previously accessed the codes and standards posted on the UpCodes website through, "using books, a lot of them have pdfs on their company's server, some of them will just go directly to the jurisdiction's websites and find them. Subscriptions to MADCAD, that's pretty common, so a lot of those kinds of things." Wise Decl. ¶ 98, Ex. 122 at 162:9-17.

128. At the Third Circuit, UpCodes argued that its use was not commercial because UpCodes does not "sell advertising space on its free webpages." Wise Decl. ¶ 49, Ex. 73 at 33.

129. UpCodes features the below Zurn Water products in the body of the building code on its website. Wise Decl. ¶ 112, Ex. 135.


**[P] 1502.1 General**

Design and installation of roof drainage systems shall comply with this section, Section 1611 of this code and Chapter 11 of the *International Plumbing Code*.

Building products (2)

FLOFORCE® High Performance Roof Drain... Zurn Water, LLC

High Performance Promenade Deck Drain... Zurn Water, LLC

**J. UpCodes Copying Adversely Impacts the Market for ASTM's Standards, and the Impact Will Be Dramatically Worse if UpCodes and Others Engage in Widespread Similar Copying.**

130. Users accessing UpCodes' versions of the Works harm ASTM by taking customers and website traffic away from ASTM. Wise Decl. ¶ 47, Ex. 71 at No. 5; Wise Decl. ¶ 64, Ex. 88 at No. 18; Wise Decl. ¶ 122, Ex. 145 at 163:6-12, 163:21-164:14, 167:7-168:7; Wise Decl. ¶ 4, Ex. 28 at 210:19-212:11, 239:5-241:24; Wise Decl. ¶ 123, Ex. 146 at 181:22-:183:9, 184:22-187:3; Wise Decl. ¶ 124, Ex. 147 at 247:24-248:25, 250:23-252:13; Wise Decl. ¶ 125, Ex. 148 at 221:4-10; Wise Decl. ¶ 3, Ex. 27; Wise Decl. ¶ 46, Ex. 70 at 7-9.

131. In the short time UpCodes has offered the 10 Works, UpCodes' traffic for those standards has already far surpassed ASTM's. Wise Decl. ¶ 120, Ex. 143 at 17:24-19:13, 57:15-61:21; Wise Decl. ¶ 31, Ex. 55 at Ex. 9; Wise Decl. ¶ 130, Ex. 153; Wise Decl. ¶ 131, Ex. 154 (showing more than [redacted] of the Works on UpCodes' website between 2024 and 2025); O'Brien Decl. ¶ 22, Ex.1 (showing approximately 7000 views and downloads between 2024 and 2025 from ASTM Compass).

132. UpCodes practice of making ASTM standards, including the Works, available for competing free or paid subscriptions interferes with ASTM's business model. Wise Decl. ¶ 64,

Ex. 88 at No. 18; Wise Decl. ¶ 126, Ex. 149 at 135:22-136:12; Wise Decl.¶ 141, X, Ex. 164 at 154:1-14-.

133. UpCodes provision of ASTM standards without taking a license harms ASTM's relationship with its licensees. Wise Decl. ¶ 122, Ex. 145 at 165:22-166:6; Wise Decl. ¶ 132, Ex. 155 at ¶¶ 58-59.

134. ASTM and its licensee offer subscriptions that allow users to read standards referenced in building codes. Wise Decl. ¶ 133, Ex. 156; Wise Decl. ¶ 134, Ex. 157; Wise Decl. ¶ 135, Ex. 158.

135. UpCodes does not use ASTM's quality control measures, which subjects ASTM to reputational harm. Wise Decl. ¶ 47, Ex. 71 at No. 5; Wise Decl. ¶ 64, Ex. 88 at No. 18; Wise Decl. ¶ 125, Ex. 148 at 229:7-230:19.

136. In 2025, [redacted]. O'Brien Decl. ¶ 29, Ex. 4; Wise Decl. ¶ 31, Ex. 55 at Ex. 8.

137. UpCodes is not able to satisfy a monetary judgment for the amount at issue in this litigation, meaning that ASTM would be unable to collect monetary damages for the full scope of its monetary harm. Wise Decl. ¶ 64, Ex. 88 at No. 18.

**K. Removal of CMI by Defendants**

138. UpCodes obtained PDF copies of ASTM's Works, saved them to a Google Drive folder labeled "ASTM," and its ingestion team then used those copies as the source for the versions shown on UpCodes' website. Wise Decl. ¶ 51, Ex. 75 at 87:4-24, 97:13-99:10, 115:1-117:11.

139. UpCodes "manually converts the PDF information into HTML and CSS formats." Wise Decl. ¶ 51, Ex. 75 at 271:4-272:18.

140. UpCodes removed the title from ASTM's Works and replaced it with a title UpCodes created. Wise Decl. ¶ 83, Ex. 107; Wise Decl. ¶ 54, Ex. 78; Wise Decl. ¶ 64, Ex. 88 at

No. 19; Wise Decl. ¶ 51, Ex. 75 at 201:4-202:7 (Q: "Isn't it true that UpCodes makes up some code names?" A: "… [O]n those codes … that might have … a long official title … we try to find a shorter version of it."); Wise Decl. ¶ 51, Ex. 75 at 207:14-17 ("… it's better to shorten this code, especially when … they are long."); Wise Decl. ¶ 51, Ex. 75 at 210:3-13 ("But these are not titles of the ASTM standards. This is just how UpCodes call the laws that are based on the ASTM standards."); Wise Decl. ¶ 51, Ex. 75 at 212:17-21 ("[T]his is a shorter name that we have assigned to the laws … that are adopted in ASTM A-36."); Wise Decl. ¶ 51, Ex. 75 at 244:1-6 ("… the title there is a shortened version of the title of the law."); Wise Decl. ¶ 51, Ex. 75 at 246:1-8 (Q: "'Shortened' meaning something -- a different title than what it was actually given?" A: "It's a different title …").

141. For example, ASTM A36/A36M-14 is titled "Standard Specification for Carbon Structural Steel," but UpCodes displays it as "Carbon Structural Steel Code, 2014." (Q: "So what's the title of A-36 in Exhibit-7?" A: "The title for the ASTM standard A-36, 2014, is, Standard Specification for Carbon Structural Steel." Q: "And then UpCodes calls ASTM A-36 Carbon Structural Steel Code, 2014, right?" A: "For the laws adopting that ASTM standard A-36/36M, we shortened the -- the official standard name to, Carbon Structural Steel Code."). Wise Decl. ¶ 51, Ex. 75 at 205:3-18.

142. UpCodes displays its substituted titles on its "Adoptions by Publisher" page, which does not use the word "standard." Wise Decl. ¶ 83, Ex. 107; Wise Decl. ¶ 51, Ex. 75 at 213:10-22 ("I do not see any word 'standard' on this exhibit."); Wise Decl. ¶ 51, Ex. 75 at 243:5-18.

143. UpCodes' product team decided to replace ASTM's official titles. Wise Decl. ¶ 51, Ex. 75 at 221:19-222:4 ("[I]t was the product team that decided that the official title should be shortened … ."); Wise Decl. ¶ 51, Ex. 75 at 226:14-22 ("Generally, the product team … are the

one[s] who conduct[] user interviews and look at user feedback[]. And that's when they decided that … it would be better if we shorten … the long names of the titles ….”). For the laws UpCodes displays as based on ASTM standards, UpCodes' “Danielle Delahanty” created the substituted titles. Wise Decl. ¶ 51, Ex. 75 at 226:23-227:9 (“[F]or the particular laws that we're showing here, it was Danielle who created the shorter versions of the titles …”).

144. UpCodes' designated 30(b)(6) witness had not researched how any jurisdiction adopted the ASTM standards and could not identify any adopting law that used UpCodes' substituted titles. Wise Decl. ¶ 51, Ex. 75 at 218:8-15, 219:5-12, 232:1-5 (Nadia had “no idea why … it always ends in code.”).

145. For ASTM's “Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate” (B209-14), UpCodes removed a copyright footer indicating that the document was “Copyright ASTM International” “Provided by IHS under license with ASTM” “No reproduction or networking permitted without license from IHS" and “Not for Resale.” Wise Decl. ¶ 70, Ex. 94.

146. Although UpCodes previously included the copyright notice for ICC, it later changed its practices to no longer do so. (“UpCodes admits that prior to this litigation, UpCodes displayed copyright notices for one or more of the state or city codes that were displayed on the UpCodes Website. UpCodes admits that after this Litigation commenced, UpCodes removed such copyright notices from the UpCodes Website.”). Wise Decl. ¶ 127, Ex. 150; Wise Decl. ¶ 66, Ex. 90 at No. 29.

147. UpCodes made an intentional, considered decision not to reproduce the ASTM copyright notice. Wise Decl. ¶ 70, Ex. 94 at 108:11-112:20; Wise Decl. ¶ 51, Ex. 75 at 167:2-18 (“[W]e determined that the summary of changes and also this copyright is not needed there on

their projects."); Wise Decl. ¶ 51, Ex. 75 at 185:4-22 ("And this part of the text here is not part of any … of the requirements that the user ha[s] to comply [with] to complete their projects."); Wise Decl. ¶ 51, Ex. 75 at 182:16-22 [redacted].

148. UpCodes' website allows customers to view and print the works that it reproduces on its website. Wise Decl. ¶ 63, Ex. 87 ¶¶ 50-51, 53.

149. Reproductions of ASTM's Works have been printed from UpCodes' website over 5,500 times between 2023 and 2025. Wise Decl. ¶ 128, Ex. 151.

150. In August 2025, UpCodes entered into a [redacted] ("NFPA Agreement"). Wise Decl. ¶ 129, Ex. 152.

Date: October 2, 2026

By: /s/ Jane W. Wise

**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@dlapiper.com
jane.wise@dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400

San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*