**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No. : 2:24-cv-01895-CFK |

**UPCODES' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO ASTM'S MOTION**

Pursuant to the Court's operative Scheduling Order, ECF 171, Defendants UpCodes, Inc. ("UpCodes"), Garrett Reynolds, and Scott Reynolds (collectively, "Defendants" or "UpCodes"), respectfully requests that upon consideration of UpCodes' Memorandum of Law in Support of UpCodes' Opposition to ASTM's Motion and Cross Motion for Summary Judgment, the Statement of Stipulated Facts, Statement of Additional Facts, the Declaration of Garrett Reynolds, Declaration of Ray Shipman, Declaration of Douglas Kidder, Declaration of the Declaration of Gene Novikov and the exhibits thereto, this Court grant summary judgment against Plaintiffs on all counts.

Dated: October 30, 2026

**MORRISON & FOERSTER LLP**

By: */s/ Joseph C. Gratz*

JOSEPH C. GRATZ (*pro hac vice*)
JGratz@mofo.com
HANNAH JIAM (*pro hac vice*)
HJiam@mofo.com
EUGENE NOVIKOV (*pro hac vice*)
GNovikov@mofo.com
UMEET K. SAJJAN (*pro hac vice*)
USajjan@mofo.com
KATE IM (*pro hac vice*)
KIm@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105, USA
Telephone: 415.268.7000
Facsimile: 415.268.7522

SARA A. DOUDAR (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

BONNIE M. HOFFMAN, PA ID 201140
bhoffman@hangley.com
THOMAS N. BROWN PA ID 321008
tbrown@hangley.com
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
1735 Market Street, 26th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215.568.6200
Facsimile: 215.568.0300

*Attorneys for Defendants*

*UPCODES, INC., GARRETT REYNOLDS, nd SCOTT REYNOLDS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, the foregoing UpCodes' Cross Motion for Summary Judgment and Opposition to ASTM's Motion was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: October 30, 2026

*/s/ Joseph C. Gratz*
Joseph C. Gratz