**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No. 2:24-cv-01895-CFK |

**DECLARATION OF EUGENE NOVIKOV IN SUPPORT OF UPCODES' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO ASTM'S MOTION**

I, Eugene Novikov, declare:

1. I am an attorney admitted to practice before this Court. I am of counsel at Morrison & Foerster LLP, attorneys of record for Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "UpCodes"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Based on our research, the 2018 International Building Code ("2018 IBC") and 2021 International Building Code ("2021 IBC") were incorporated by reference into the law of the following jurisdictions as noted, in some cases with jurisdictional amendments:

| Jurisdiction | Adopted IBC Version | Citation |
|---|---|---|
| Alabama | 2021 IBC | Ala. Admin. Code r. 355-12-1-.01 (2025) |
| Alaska | 2021 IBC | Alaska Admin. Code tit. 13, § 50.020 (2022) |
| Arkansas | 2021 IBC | Arkansas Code Register 2021, 015.01.22 Ark. Code R. 005 (2022) |
| Austin | 2021 IBC | Austin Land Development Code § 25-12-1 (2021) |
| Baltimore | 2021 IBC | Baltimore City Revised Code § 2-101 (2024) |

| | | |
|---|---|---|
| Baltimore | 2018 IBC | Baltimore City Revised Code § 2-101 (2020) |
| California | 2021 IBC | 2022 California Building Code, Cal. Code Regs. Tit. 24, part 2 |
| California | 2018 IBC | 2019 California Building Code, Cal. Code Regs. Tit. 24, part 2 |
| Chicago | 2018 IBC | 2019 Chicago Building Code (per Municipal Code of Chicago 14B-1-001) |
| Clark County | 2018 IBC | Clark Cty. Code of Ordinances § 22.04.010 (2018) |
| Colorado | 2021 IBC | 8 Colo. Code Regs. § 1507-101:3.2.1 (2021) |
| Colorado (State Buildings Program) | 2018 IBC | Approved State Building Codes (revised July 2020) as per the Colorado State Buildings Program (per Colo. Rev. Stat. § 24-30-1303(z)) |
| Connecticut | 2021 IBC | 2022 Connecticut State Building Code |
| Dallas | 2021 IBC | Dallas City Code Chapter 53 (per Ord. No. 32421 (2023)) |
| Denver | 2021 IBC | 2022 Denver Building Code (per Denver Municipal Code 10-16) |
| Denver | 2018 IBC | 2019 Denver Building Code Amendments (per Denver Municipal Code 10-16) |
| DuPage County | 2021 IBC | DuPage County Code of Ordinances § 8-700 (2021) |
| Florida | 2021 IBC | 2023 Florida Building Code, Building, 8th Edition (per Fla. Admin. Code R. 61G20-1.001 (2023)) |
| Florida | 2018 IBC | 2020 Florida Building Code, Building, 7th Edition (per Fla. Admin. Code R. 61G20-1.001 (2020)) |
| Fort Worth | 2021 IBC | FWMC § 7-46 (2022) |
| Georgia | 2018 IBC | Ga. Comp. R. & Regs. r. 110-11-1-.24 |
| Hawaii | 2021 IBC | Haw. Rev. Stat. § 107-24(c) |
| Hawaii | 2018 IBC | Hawaii State Building Code (eff. Apr. 20, 2021) (per Haw. Rev. Stat. §§ 107-24, 107-25) |
| Houston | 2021 IBC | City of Houston Ord. No. 2023-907 (2023) |
| Idaho | 2018 IBC | Idaho Admin. Code r. 24-39-30.004.01(a) |

| | | |
|---|---|---|
| Illinois | 2021 IBC | 20 Ill. Comp. Stat. 3105 § 10.09-1 (2021) |
| Illinois | 2018 IBC | 20 Ill. Comp. Stat. 3105 § 10.09-1 (2019) |
| Kansas | 2018 IBC | Kansas Department of Administration Building Design and Construction Manual and Form 110 – List of Applicable Codes (August 2018) (pursuant to K.S.A. 75-3783) |
| Kansas City | 2018 IBC | Kansas City Code of Ordinances § 18-40 (2020) |
| Knoxville | 2018 IBC | Knoxville Code of Ordinances § 6-31 (2018) |
| Las Vegas | 2021 IBC | LVMC § 16.04.010 |
| Los Angeles City | 2021 IBC | Los Angeles Municipal Code § 91.101 (2023) (per Ord. No. 187,719) |
| Los Angeles City | 2018 IBC | Los Angeles Municipal Code § 91.101 (2019) (per Ord. No. 186,488) |
| Los Angeles County | 2021 IBC | LAC Code of Ordinances §26.100 (2022) (per Ord. No. 2022-0051) |
| Louisiana | 2021 IBC | La. Admin. Code tit. 17 § I-103 (2022) |
| Maine | 2021 IBC | 10 M.R.S. §9722(6)(B) (2025) |
| Maryland | 2021 IBC | Md. Code Regs. 09.12.51.04 (2023) |
| Maryland | 2018 IBC | Md. Code Regs. 09.12.51.04 (2019) |
| Massachusetts | 2021 IBC | 780 CMR: BBRS 10th Edition, Building Code (2024) (UPCODES02493626 at -629) |
| Michigan | 2021 IBC | Michigan Admin. Code Part 4. R 408.30401 |
| Minnesota | 2018 IBC | 2020 Minnesota Building Code (Minn. R. ch. 1305.0011) |
| Mississippi | 2018 IBC | Miss. Code Ann. § 17-2-3(5)(a) (2020) |
| Missouri (modular units) | 2021 IBC | 20 Code of State Regs. 4240-123.080 (2024) (Modular) |
| Missouri | 2018 IBC | Mo. Code Regs. Tit. 20, § 2030-2.040 (2020) |
| Montana | 2021 IBC | Mont. Admin. R. 24.301.131 (2022) |
| Montana | 2018 IBC | Mont. Admin. R. 24.301.131 (2019) |

| | | |
|---|---|---|
| Nashville and Davidson County | 2018 IBC | Metro Gov't of Nashville and Davidson Ctys., Tennessee Code of Ordinances § 16.08.010 |
| Nebraska | 2018 IBC | Nebraska Revised Statute 71-6403 (2019) |
| Nevada | 2018 IBC | Nev. Admin. Code 341.045 (2018) |
| New Hampshire | 2021 IBC | N.H. Rev. Stat. Ann. § 155-A:1, IV (2024) |
| New Hampshire | 2018 IBC | N.H. Rev. Stat. Ann. § 155-A:1, IV (2022) |
| New Jersey | 2021 IBC | N.J. Admin. Code § 5:23-3.14 (2022) |
| New Jersey | 2018 IBC | N.J. Admin. Code § 5:23-3.14 (2019) |
| New Mexico | 2021 IBC | N.M. Admin. Code § 14.7.2.8 (2023) |
| New York State | 2018 IBC | 19 NYCRR Part 1221 |
| North Carolina | 2021 IBC | 2024 North Carolina State Building Code (per N.C. Gen. Stat. § 143-138) |
| North Dakota | 2021 IBC | 2023 North Dakota State Building Code (per N.D. Cent. Code § 54-21.3-03; N.D. Admin. Code § 108-01-01) |
| North Dakota | 2018 IBC | 2020 North Dakota State Building Code (per N.D. Cent. Code § 54-21.3-03; N.D. Admin. Code § 108-01-01) |
| Ohio | 2021 IBC | Ohio Admin. Code § 4101:1-1-01 (2024) |
| Oklahoma | 2018 IBC | Okla. Admin. Code § 748:20-1-1 (2021) |
| Omaha | 2018 IBC | Omaha Municipal Code Sec. 43-121 |
| Oregon | 2021 IBC | 2022 Oregon Structural Specialty Code (Or. Admin. R. 918-460-0010) |
| Oregon | 2018 IBC | 2019 Oregon Structural Specialty Code (Or. Admin. R. 918-460-0010) |
| Pennsylvania | 2021 IBC | 34 Pa. Admin. Code § 403.21 (effective Jan. 1, 2026) |
| Pennsylvania | 2018 IBC | 34 Pa. Admin. Code § 403.21 (2022) |
| Philadelphia | 2018 IBC | Philadelphia Code ch. 4-200.0, Subcode "B" (2018) |
| Phoenix | 2018 IBC | Phoenix City Code 9-2 (per Ord. No. G-6463 (2018)) |

| | | |
|---|---|---|
| Portland | 2021 IBC | Portland City Code § 24.10.040 (2022) (per Ord. No. 191148) |
| Portland | 2018 IBC | Portland City Code § 24.10.040 (2019) (per Ord. No. 189806) |
| Puerto Rico | 2018 IBC | Puerto Rico Building Code 2018 (per P.R. DDEC Reg. No. 9049) |
| Rhode Island | 2021 IBC | 510-00 R.I. Code R. § 1.2 (2025) |
| Rhode Island | 2018 IBC | 510-00 R.I. Code R. § 1.1 (2022) |
| San Antonio | 2021 IBC | San Antonio Code of Ordinances § 10-29 (2022) |
| San Antonio | 2018 IBC | San Antonio Code of Ordinances § 10-29 (2018) |
| San Diego | 2021 IBC | San Diego Municipal Code §§ 145.0103 through 145.3806 (2023) (per Ord. No. 21642) |
| San Francisco | 2021 IBC | 2022 San Francisco Building Code (per Ord. No. 225-22) |
| San Francisco | 2018 IBC | 2019 San Francisco Building Code (2019) (per Ord. No. 264-19) |
| San José | 2021 IBC | San Jose Municipal Code § 24.03.100 (2022) (per Ord. No. 30837) |
| Seattle | 2021 IBC | Seattle Municipal Code § 22.101.010 (2024) (Ord. No. 127108) |
| Seattle | 2018 IBC | Seattle Municipal Code § 22.101.010 (2021) (Ord. No. 126278) |
| Sioux Falls | 2021 IBC | Code of Ordinances of Sioux Falls, South Dakota §150.015 (2021) |
| South Carolina | 2021 IBC | 2021 South Carolina Building Code (pursuant to S.C. Code Regs. 8-800; S.C. Code Ann. § 6-9-50) |
| South Carolina | 2018 IBC | 2018 South Carolina Building Code (pursuant to S.C. Code Regs. 8-800; S.C. Code Ann. § 6-9-50) |
| South Dakota | 2021 IBC | S.D. Codified Laws 11-10 (2021) |
| South Holland | 2018 IBC | South Holland Code of Ordinances § 6-16 (2018) |
| Tennessee | 2021 IBC | Tenn. Comp. R. & Regs. 0780-02-02-.01 (2025) |

| | | |
|---|---|---|
| Texas | 2021 IBC | 16 Tex. Admin. Code §70.100 (2024) |
| Texas | 2018 IBC | 28 Tex. Admin. Code § 5.4012 (2020) |
| Utah | 2021 IBC | Utah Code § 15A-2-103 (2023) |
| Utah | 2018 IBC | Utah Code § 15A-2-103 (2021) |
| Virginia | 2021 IBC | 13 Va. Admin. Code 5-63-10.B. (2024) |
| Virginia | 2018 IBC | 13 Va. Admin. Code 5-63-10.B. (2021) |
| Washington | 2021 IBC | Wash. Admin. Code 51-50-003 (2023) |
| Washington | 2018 IBC | Wash. Admin. Code 51-50-003 (2020) |
| West Virginia | 2018 IBC | W. Va. Admin. Code § 87-4-4.1.a. (2022) |
| Wichita-Sedgwick | 2018 IBC | Wichita Code of Ordinances § 18.15.010 (2012) per Ordinance 51-069 (2019) |
| Wisconsin | 2021 IBC | Wis. Admin. Code SPS § 361.05(1) |
| Wyoming | 2021 IBC | 41-2 Wyo. Code R. ch. 1 § 2 (2021) (ref. no. 041.0002.1.09222021) |
| Wyoming | 2018 IBC | 41-2 Wyo. Code R. ch. 1 § 2 (2018) (ref. no. 041.0002.1.05232018) |

3. The 2018 IBC incorporates ASTM A36/A36M-14, ASTM A615/A615M-15ae1, ASTM B209-14, and ASTM A875/A875M-13 as follows:

| ASTM Work at Issue | 2018 IBC Reference to Work at Issue |
|---|---|
| **ASTM A36/A36M-14**, *Standard Specification for Carbon Structural Steel* | § 1810.3.2.3 requires "[f]ully welded steel piles [to] be fabricated from plates that conform to the material requirements in ASTM A36." |
| **ASTM A615/A615M-15ae1**, *Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement* | § 1810.3.10.2 requires reinforcement to "consist of deformed reinforcing bars in accordance with ASTM A615 Grade 60 or 75."<br><br>§ 1704.5 separately requires "[r]eports of mill tests … for reinforcing bars complying with ASTM A615." |
| **ASTM B209-14**, *Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate* | § 1507.4.3 requires "[m]etal-sheet roof coverings … shall comply with Table 1507.4.3(1)," which requires aluminum roof coverings to comply with B209. |

| | |
|---|---|
| **ASTM A875/A875M-13,** *Standard Specification for Steel Sheet, Zinc-5% Aluminum Alloy-Coated by the Hot-Dip Process* | Table 1507.4.3(2) requires "5% Aluminum alloy-coated steel" roof coverings to comply with "ASTM A875 GF60" for minimum corrosion resistance. Footnote a further provides: "Paint systems in accordance with ASTM A755 shall be applied over steel products with corrosion-resistant coatings complying with ASTM A463, ASTM A653, ASTM A792 or ASTM A875." |

4. The 2021 IBC incorporates every ASTM Work at Issue as follows:

| ASTM Work at Issue | 2021 IBC Reference to Work at Issue |
|---|---|
| **ASTM A36/A36M-14**, *Standard Specification for Carbon Structural Steel* | § 1810.3.2.3 requires "[f]ully welded steel piles [to] be fabricated from plates that conform to the material requirements in ASTM A36, ASTM A283, ASTM A572, ASTM A588 or ASTM A690." |
| **ASTM A615/A615M-15ae1**, *Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement* | § 1810.3.10.2 requires micropile reinforcement to "consist of deformed reinforcing bars in accordance with ASTM A615 Grade 60 or 75 or ASTM A722 Grade 150."<br><br>§ 1704.5 requires submission of mill-test reports "for reinforcing bars in concrete complying with a standard other than ASTM A706 that are to be welded." |
| **ASTM B209-14**, *Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which requires aluminum roof coverings to comply with B209. |
| **ASTM A252-10 (Reapproved 2018),** *Standard Specification for Welded and Seamless Steel Pipe Piles* | § 1810.3.2.3 requires that "[s]teel pipe piles shall conform to the material requirements in ASTM A252." |
| **ASTM A875/A875M-13,** *Standard Specification for Steel Sheet, Zinc-5% Aluminum Alloy-Coated by the Hot-Dip Process* | § 1507.4.3 requires "metal-sheet roof coverings shall be naturally corrosion resistant or provided with corrosion resistance in accordance with the standards and minimum thicknesses shown in Table 1507.4.3(2)," which requires the minimum corrosion resistance of "5% Aluminum alloy-coated steel" to comply with "ASTM A875 GF60." |
| **ASTM A690/A690M-13a (Reapproved 2018),** *Standard Specification for High-Strength Low-Alloy Nickel, Copper, Phosphorus Steel H-Piles and Sheet Piling with Atmospheric Corrosion Resistance for Use in Marine Environments* | § 1810.3.2.3 requires "[f]ully welded steel piles [to] be fabricated from plates that conform to the material requirements in ASTM A36, ASTM A283, ASTM A572, ASTM A588 or ASTM A690." |

| | |
|---|---|
| **ASTM A722/A722M-18,** *Standard Specification for High-Strength Steel Bars for Prestressed Concrete* | § 1810.3.10.2 requires micropile reinforcement to "consist of deformed reinforcing bars in accordance with ASTM A615 Grade 60 or 75 or ASTM A722 Grade 150." |
| **ASTM A653/A653M-17,** *Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which requires galvanized steel roof coverings to comply with "ASTM A653 G-90 zinc-coated." Footnote a to this table further provides that, for Group U buildings, the minimum coating thickness for ASTM A653 galvanized-steel roofing is G-60.<br><br>§ 1507.4.3 requires "materials used for metal-sheet roof coverings [to] be naturally corrosion resistant or provided with corrosion resistance in accordance with the standards and minimum thicknesses shown in Table 1507.4.3(2), which requires ASTM A653 G-90 as the minimum corrosion resistance for galvanized steel. Footnote a requires that ASTM A755 paint systems be applied over steel products with corrosion-resistant coatings complying with ASTM A653, among other standards.<br><br>§ 2304.10.6.1 requires "[c]onnectors that are used in exterior applications and in contact with preservative-treated wood shall have coating types and weights in accordance with the treated wood or connector manufacturer's recommendations. In the absence of manufacturer's recommendations, not less than ASTM A653, Type G185 zinc-coated galvanized steel, or equivalent, shall be used." |
| **ASTM A924/A924M-17a,** *Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot-Dip Process* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which specifies ASTM A924 as the material standard for steel roof coverings. |
| **ASTM A706/A706M-16,** *Standard Specification for Deformed and Plain Low-Alloy Steel Bars for Concrete Reinforcement* | §§ 2107.3 and 2108.3 each require that "[w]elded splices shall be of ASTM A706 steel reinforcement."<br><br>§ 1704.5 requires "[r]eports of material properties verifying compliance with the requirements of AWS D1.4 for weldability as specified in Section 26.6.4 of ACI 318 for reinforcing bars in concrete complying with a standard other than ASTM A706 that are to be welded."<br><br>§ 1705.3 requires "[s]pecial inspections and tests of concrete construction [to] be performed in accordance with this section and Table 1705.3." Table 1705.3 requires verification of "weldability of reinforcing bars other than ASTM A706." |

5. The 2022 California Building Code incorporates every ASTM Work at Issue as follows:

| ASTM Work at Issue | 2022 CBC Reference to Work at Issue |
|---|---|
| **ASTM A36/A36M-14,** *Standard Specification for Carbon Structural Steel* | § 1810.3.2.3 requires "[f]ully welded steel piles [to] be fabricated from plates that conform to the material requirements in ASTM A36, ASTM A283, ASTM A572, ASTM A588 or ASTM A690." |
| **ASTM A252-10 (Reapproved 2018),** *Standard Specification for Welded and Seamless Steel Pipe Piles* | § 1810.3.2.3 requires that "[s]teel pipe piles shall conform to the material requirements in ASTM A252." |
| **ASTM A722/A722M-18,** *Standard Specification for High-Strength Steel Bars for Prestressed Concrete* | § 1810.3.10.2 requires micropile reinforcement to "consist of deformed reinforcing bars in accordance with ASTM A615 Grade 60 or 75 or ASTM A722 Grade 150." |
| **ASTM A653/A653M-17,** *Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which requires galvanized steel roof coverings to comply with "ASTM A653 G-90 zinc-coated." Footnote a to this table further provides that, for Group U buildings, the minimum coating thickness for ASTM A653 galvanized-steel roofing is G-60.<br><br>§ 1507.4.3 requires "materials used for metal-sheet roof coverings [to] be naturally corrosion resistant or provided with corrosion resistance in accordance with the standards and minimum thicknesses shown in Table 1507.4.3(2), which requires ASTM A653 G-90 as the minimum corrosion resistance for galvanized steel. Footnote a requires that ASTM A755 paint systems be applied over steel products with corrosion-resistant coatings complying with ASTM A653, among other standards.<br><br>§ 2304.10.6.1 requires "[c]onnectors that are used in exterior applications and in contact with preservative-treated wood shall have coating types and weights in accordance with the treated wood or connector manufacturer's recommendations. In the absence of manufacturer's recommendations, not less than ASTM A653, Type G185 zinc-coated galvanized steel, or equivalent, shall be used." |
| **ASTM A706/A706M-16,** *Standard Specification for Deformed and Plain Low-Alloy Steel Bars for Concrete Reinforcement* | §§ 2107.3 and 2108.3 each require that "[w]elded splices shall be of ASTM A706 steel reinforcement."<br><br>§ 1704.5 requires "[r]eports of material properties verifying compliance with the requirements of AWS D1.4 for weldability as specified in Section 26.6.4 of ACI 318 for reinforcing bars in concrete complying with a standard other than ASTM A706 that are to be welded."<br><br>§ 1705.3 requires "[s]pecial inspections and tests of concrete construction [to] be performed in accordance with this section and Table 1705.3." Table 1705.3 requires verification of "weldability of reinforcing bars other than ASTM A706." |

| | |
|---|---|
| **ASTM A875/A875M-13,** *Standard Specification for Steel Sheet, Zinc-5% Aluminum Alloy-Coated by the Hot-Dip Process* | § 1507.4.3 requires "metal-sheet roof coverings shall be naturally corrosion resistant or provided with corrosion resistance in accordance with the standards and minimum thicknesses shown in Table 1507.4.3(2)," which requires the minimum corrosion resistance of "5% Aluminum alloy-coated steel" to comply with "ASTM A875 GF60." |
| **ASTM A924/A924M-17a,** *Standard Specification for General Requirements for Steel Sheet, Metallic-Coated by the Hot-Dip Process* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which specifies ASTM A924 as the material standard for steel roof coverings. |
| **ASTM A690/A690M-13a (Reapproved 2018),** *Standard Specification for High-Strength Low-Alloy Nickel, Copper, Phosphorus Steel H-Piles and Sheet Piling with Atmospheric Corrosion Resistance for Use in Marine Environments* | § 1810.3.2.3 requires "[f]ully welded steel piles [to] be fabricated from plates that conform to the material requirements in ASTM A36, ASTM A283, ASTM A572, ASTM A588 or ASTM A690." |
| **ASTM A615/A615M-15ae1**, *Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement* | § 1810.3.10.2 requires micropile reinforcement to "consist of deformed reinforcing bars in accordance with ASTM A615 Grade 60 or 75 or ASTM A722 Grade 150."<br><br>§ 1704.5 requires submission of mill-test reports "for reinforcing bars in concrete complying with a standard other than ASTM A706 that are to be welded." |
| **ASTM B209-14**, *Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate* | § 1507.4.3 requires "[m]etal-sheet roof coverings installed over structural decking [to] comply with Table 1507.4.3(1)," which requires aluminum roof coverings to comply with B209. |

6. International Building Code (2021) ("2021 IBC") Chapter 35, "Referenced Standards," states: "The International Building Code contains numerous references to standards promulgated by other organizations that are used to provide requirements for materials and methods of construction. This chapter contains a comprehensive list of all standards that are referenced in this code. These standards, in essence, are a part of this code to the extent of the reference to the standard."

7. 2021 IBC Chapter 35, "Referenced Standards," states: "This chapter lists the standards that are referenced in various sections of this document. The standards are listed herein by the promulgating agency of the standard, the standard identification, the effective date and title, and the

section or sections of this document that reference the standard. The application of the referenced standards shall be as specified in Section 102.4."

8. International Building Code (2018) ("2018 IBC") Chapter 35, "Referenced Standards," states: "The International Building Code contains numerous references to standards promulgated by other organizations that are used to provide requirements for materials and methods of construction. This chapter contains a comprehensive list of all standards that are referenced in this code. These standards, in essence, are part of this code to the extent of the reference to the standard."

9. IBC 2018 Chapter 35, "Referenced Standards," states: "This chapter lists the standards that are referenced in various sections of this document. The standards are listed herein by the promulgating agency of the standard, the standard identification, the effective date and title, and the section or sections of this document that reference the standard. The application of the referenced standards shall be as specified in Section 102.4."

10. ASTM has taken depositions of nine fact witnesses, subpoenaed more than thirty of UpCodes' users, and received nearly 3,000 third-party documents in response to its requests.

11. Some government regulations adopt model building codes by reference without reproducing their full text. For example, Section B-1.1 of Philadelphia Code ch. 4-200.0, Subcode "B," Bill No. 180176 adopts the 2018 International Building Code ("2018 IBC") as the Philadelphia Building Code, subject to the amendments set forth in Section B-1.2, without reproducing the full text of the 2018 IBC. The 2018 IBC, in turn, requires compliance with technical standards without reproducing their full text. Phila. Code ch. 4-200 § B-1.1; City of Philadelphia Ordinance No. 180176, §§ B-1.1, B-1.2 (2018). For example, Section 1810.3.2.3 states: "Steel pipe piles shall conform to the material requirements in ASTM A252." That section requires compliance with ASTM A252 but does not reproduce its text.

12. Attached as **Exhibit 1** is a true and correct copy of excerpts from the 2018 International Building Code.

13. Attached as **Exhibit 2** is a true and correct copy of excerpts from the 2021 International Building Code.

14. Attached as **Exhibit 3** is a true and correct copy of excerpts from the 2022 California Building Code.

15. Attached as **Exhibit 4** is a true and correct copy of ASTM standard A615/A615M-15a, Standard Specification for Deformed and Plain Carbon-Steel Bars for Concrete Reinforcement and is produced in this matter bearing the Bates-stamp ASTM0000011.

16. Attached as **Exhibit 5** is a true and correct copy of excerpts of ASTM's Form and Style Manual for ASTM Standards, Bates labelled ASTM0000611.

17. Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Danielle Delahanty, dated January 20, 2026.

18. Attached as **Exhibit 7** is a true and correct copy of excerpts of the 30(b)(6) deposition of Garrett Reynolds, dated January 29, 2026.

19. Attached as **Exhibit 8** is a true and correct copy of excerpts of the 30(b)(6) deposition of Garrett Reynolds, dated July 11, 2024.

20. Attached as **Exhibit 9** is a true and correct copy of excerpts of the Rebuttal Expert Report of Douglas Kidder, dated August 10, 2026.

21. Attached as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Douglas Kidder, dated August 27, 2026.

22. Attached as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Nadia Stewart, dated March 3, 2026.

23. Attached as **Exhibit 12** is a true and correct copy of excerpts of the 30(b)(6) deposition of Thomas O'Brien, dated July 12, 2024.

24. Attached as **Exhibit 13** is a true and correct copy of excerpts of the 30(b)(6) deposition of Thomas O'Brien, dated March 11, 2026.

25. Attached as **Exhibit 14** is a true and correct copy of excerpts of the 30(b)(6) deposition of Thomas O'Brien, dated March 12, 2026.

26. Attached as **Exhibit 15** is a true and correct copy of excerpts of the deposition of James Olshefsky, dated February 20, 2026.

27. Attached as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Stuart Radcliffe, dated February 12, 2026.

28. Attached as **Exhibit 17** is a true and correct copy of excerpts of the deposition of Roger Rudy, dated February 17, 2026.

29. Attached as **Exhibit 18** is a true and correct copy of Exhibit 5 to the deposition of Roger Rudy, dated February 17, 2026.

30. Attached as **Exhibit 19** is a true and correct copy of excerpts of the 30(b)(6) deposition of Scott Reynolds, dated January 30, 2026.

31. Attached as **Exhibit 20** is a true and correct copy of excerpts of the Expert Report of Ray Shipman, dated July 13, 2026.

32. Attached as **Exhibit 21** is a true and correct copy of excerpts of the deposition of Ray Shipman, dated September 16, 2026.

33. Attached as **Exhibit 22** is a true and correct copy of excerpts of the deposition of Daniel Smith, dated February 19, 2026.

34. Attached as **Exhibit 23** is a true and correct copy of a PDF printout of Standards & Publications, ASTM Int'l, https://www.astm.org/standards-and-solutions/standards-publications, captured on October 29, 2026.

35. Attached as **Exhibit 24** is a true and correct copy of excerpts of the deposition of Jeffery Stec, dated August 31, 2026.

36. Attached as **Exhibit 25** is a true and correct copy of excerpts of the 30(b)(6) deposition of Heidi Turley, dated February 25, 2026.

37. Attached as **Exhibit 26** is a true and correct copy of Exhibit 98 to the 30(b)(6) deposition of Heidi Turley, dated February 25, 2026.

38. Attached as **Exhibit 27** is a true and correct copy of UpCodes' Amended Responses and Objections to ASTM International Notice of 30(b)(6) Deposition for UpCodes, Inc., dated January 28, 2026.

39. Attached as **Exhibit 28** is a true and correct copy of Exhibit 24 to the deposition of Scott Reynolds, dated November 1, 2022 in the in the matter of *National Fire Protection Associations, Inc. v. UpCodes, Inc.*, et al., 2:21-cv-05262, United States District Court for the Central District of California.

40. Attached as **Exhibit 29** is a true and correct copy of excerpts of the Philadelphia Administrative Code as of October 30, 2026.

41. Attached as **Exhibit 30** is a true and correct copy of the City of Philadelphia Ordinance No. 180176 and is produced in this matter bearing the Bates-stamp ASTM_UPCODES00098705.

42. Attached as **Exhibit 31** is a true and correct copy of Exhibit 10 to the deposition of Thomas O'Brien, dated July 12, 2024.

43. Attached as **Exhibit 32** is a true and correct copy of excerpts of the Philadelphia Building Code as of October 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of October, 2026 San Francisco, California.

*/s/ Eugene Novikov*

Eugene Novikov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, the foregoing DECLARATION OF EUGENE NOVIKOV IN SUPPORT OF UPCODES' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO ASTM'S MOTION was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: October 30, 2026

*/s/ Eugene Novikov*
Eugene Novikov