IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No. 2:24-cv-01895-CFK |

**UPCODES' MOTION FOR LEAVE TO**
**<u>PROVISIONALLY FILE DOCUMENTS UNDER SEAL</u>**

Pursuant to Local Rule 5.1.5 and Section 2 of the Stipulated Protective Order entered in this matter on July 3, 2024 (ECF No. 55) (the "Protective Order"), Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "UpCodes") seek leave to file its Cross Motion for Summary Judgment and Opposition to ASTM's Motion for Partial Summary Judgment and certain supporting materials provisionally under seal.

## I. Documents to be Filed Under Seal

Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds (collectively, "UpCodes") file this Motion requesting leave to provisionally file under seal, in connection with UpCodes' Cross Motion for Summary Judgment and Opposition to ASTM's Motion for Partial Summary Judgment:

(1) material designated by UpCodes as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," referenced in UpCodes' Memorandum of Law in Support of its Cross Motion for Summary Judgment and Opposition to ASTM's Motion

("UpCodes' MSJ"), UpCodes' Stipulated Material Facts, UpCodes' Statement of Additional Facts, UpCodes' Response to ASTM's Statement of Additional Facts, and Exhibits 4, 6–16, 17, 18, 19, 22, 24–25, and 28 to the Declaration of Eugene Novikov ("Novikov Decl."); and

(2) material designated by Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," referenced in the same submissions. Section 2 of the Protective Order requires that "[t]o the extent that any materials subject to this Order (or any pleading, motion or memorandum disclosing them) are proposed to be filed or are filed with the Court, those materials and papers, or any portion thereof which discloses confidential or highly confidential information, shall be filed under seal (by the filing party) according to the Court's rules." ECF No. 55 at 7.

## II. Parties' Confidential Information

Pursuant to Local Rule 5.1.5 and Section 2 of the Stipulated Protective Order entered in this matter on July 3, 2024 (ECF No. 55) (the "Protective Order"), UpCodes seeks leave to file provisionally under seal UpCodes' MSJ, UpCodes' Stipulated Material Facts, UpCodes' Statement of Additional Facts, Exhibits 4, 6–16, 17, 18, 19, 22, 24–25, and 28 to the Novikov Declaration, and UpCodes' Response to ASTM's Statement of Additional Facts.

UpCodes' MSJ, UpCodes' Stipulated Material Facts, UpCodes' Statement of Additional Facts, and UpCodes' Response to ASTM's Statement of Additional Facts quote from and/or characterize material that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by both parties, and Exhibits 4, 6–16, 17, 18, 19, 22, 24–25, and 28 to the Novikov Declaration contain material that has been designated as "Confidential" or "Highly

Confidential – Attorneys' Eyes Only" by both parties. That includes sensitive financial information, customer information, descriptions of sensitive business information, and the parties' confidential agreements.

For example, UpCodes' MSJ, UpCodes' Statement of Additional Facts, and UpCodes' Response to ASTM's Statement of Additional Facts quote from and/or characterize material regarding confidential settlement agreements between UpCodes and third parties. *E.g.*, UpCodes MSJ at 18, Statement of Additional Facts at 16; Response to ASTM's Statement of Additional Facts ¶ 150. Similarly, UpCodes' Response to ASTM's Statement of Additional Facts contains confidential information regarding UpCodes' revenues and fundraising strategies. *E.g.*, Response to ASTM's Statement of Additional Facts ¶¶ 70, 88-89, 92, 99.

UpCodes thus seeks leave to file UpCodes' MSJ, UpCodes' Stipulated Material Facts, UpCodes' Statement of Additional Facts, Exhibits 4, 6–16, 17, 18, 19, 22, 24–25, and 28 to the Novikov Declaration, and UpCodes' Response to ASTM's Statement of Additional Facts under seal provisionally. UpCodes will work with ASTM to prepare joint redactions reflecting the information that each party contends should remain under seal, and will provide the required factual support to maintain that information under seal under the standard applied in the Third Circuit. *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 677-78 (3d Cir. 2019).

Dated: October 30, 2026

**MORRISON & FOERSTER LLP**

By: */s/ Eugene Novikov*

JOSEPH C. GRATZ (*pro hac vice*)
JGratz@mofo.com
HANNAH JIAM (*pro hac vice*)
HJiam@mofo.com
EUGENE NOVIKOV (*pro hac vice*)
GNovikov@mofo.com
UMEET K. SAJJAN (*pro hac vice*)
USajjan@mofo.com
KATE IM (*pro hac vice*)
KIm@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105, USA
Telephone: 415.268.7000
Facsimile: 415.268.7522

SARA A. DOUDAR (*pro hac vice*)
SDoudar@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

BONNIE M. HOFFMAN, PA ID 201140
bhoffman@hangley.com
THOMAS N. BROWN PA ID 321008
tbrown@hangley.com
HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
1735 Market Street, 26th Floor
Philadelphia, Pennsylvania 19103
Telephone: 215.568.6200
Facsimile: 215.568.0300

*Attorneys for Defendants*
*UPCODES, INC., GARRETT REYNOLDS,*
*and SCOTT REYNOLDS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, the foregoing UpCodes' Motion for Leave to Provisionally File Documents under Seal were filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

Dated: October 30, 2026

*/s/ Eugene Novikov*
Eugene Novikov