**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **UPCODES, INC., et al.,** *Defendants.* | : | **NO. 24-1895** |

**ORDER**

**AND NOW**, this **2nd** day of **November 2026**, upon consideration of Defendant UpCodes' Motion for Leave to Provisionally File Under Seal (the "Defendant's Motion") (ECF No. 193), and the docket, it is hereby **ORDERED** that the Defendant's Motion (ECF No. 193) is **GRANTED**, as follows:

1. **DEFENDANT UPCODES MAY** provisionally file the following **UNDER SEAL**: UpCodes' Memorandum of Law in Support of its Cross Motion for Summary Judgment and Opposition to ASTM's Motion (ECF No. 195); UpCodes' Stipulated Material Facts (ECF No. 186); UpCodes' Statement of Additional Facts (ECF No. 187); UpCode's Response to ASTM's Statement of Additional Facts (ECF No. 187); and Exhibits 4, 6–19, 22, 24–25, and 28 to the Novikov Declaration (ECF No. 192);
2. The **CLERK OF COURT SHALL** place the following documents provisionally **UNDER SEAL**: UpCodes' Memorandum of Law in Support of its Cross Motion for Summary Judgment and Opposition to ASTM's Motion (ECF No. 195); UpCodes' Stipulated Material Facts (ECF No. 186); UpCodes' Statement of Additional Facts (ECF No. 187); UpCode's Response to ASTM's Statement of Additional Facts (ECF No. 187); and

Exhibits 4, 6–19, 22, 24–25, and 28 to the Novikov Declaration (ECF Nos. 192-9, 192-11–192-24, 192-27, 192-29–192-30, and 192-33);

3. The Parties **SHALL** jointly file redacted versions of the provisionally sealed materials and sealed versions identifying the information to be maintained under seal in accordance with *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019) by or before **November 16, 2026** at **12:00 P.M.**

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**