**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC., *et al.*,<br><br>Defendants. | Case No. 24-cv-1895-CFK |

**JOINT MOTION TO AMEND THE FIFTH AMENDED SCHEDULING ORDER**

Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") and Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds (collectively, "Defendants" or "UpCodes") respectfully move, pursuant to Federal Rule of Civil Procedure 16(b)(4), for an order amending the Court's August 26, 2026 Fifth Amended Scheduling Order (Dkt. 171) to defer trial deadlines until the Court has decided the parties' cross-motions on summary judgment. Accordingly, the parties propose two alternatives for the Court's consideration: (1) vacating the remaining trial deadlines and the trial date, to be reset after the Court decides the cross-motions; or (2) extending the remaining trial deadlines and the trial date by approximately four months. Under either option, the summary judgment briefing schedule would remain unchanged.

Good cause supports the requested amendment. The parties' cross-motions for summary judgment are likely to materially narrow, and may resolve, some or all issues for trial. Under the current schedule, however, UpCodes will file the final summary judgment brief on December 18, 2026, and just twelve days later, on December 30, 2026, the parties must exchange marked trial exhibits. Motions in limine and final pretrial memoranda, including proposed points for charge, voir dire, and a verdict slip, follow in January and February 2027, and trial is set for March 8,

2027. As a result, the parties would be required to assume that every element of every claim and defense will survive summary judgment and to prepare exhibits, motions in limine, and pretrial submissions on issues that the Court's ruling may eliminate, while the Court would have little time to decide the cross-motions before trial preparation is substantially complete.

Deferring these deadlines will conserve the resources of the Court and the parties, allow trial preparation to be tailored to the claims that actually remain, and avoid potentially unnecessary motion practice. The parties further agree that they are unlikely to make meaningful progress on settlement until the Court decides summary judgment, so a ruling before pretrial submissions are due may also facilitate resolution without trial. The request is made jointly, in good faith, and not for purposes of delay, and no party will be prejudiced by the requested amendment.

Accordingly, the parties propose the following two alternative schedules, either of which would permit the Court a reasonable opportunity to review and decide the parties' cross-motions.

**Proposal 1: Vacate and Later Reset the Pretrial Deadlines**.

Under the first proposal, the Court would vacate the remaining deadlines for exchanging marked trial exhibits, filing motions in limine, and filing final pretrial memoranda, as well as the March 8, 2027 trial date. Within ten days after the Court decides the cross-motions for summary judgment, the parties would file a joint status report proposing a schedule for the remaining pretrial deadlines and trial, tailored to the claims and defenses that remain, and the Court would then set new deadlines and a date certain for trial.

**Proposal 2: Extend the Remaining Trial Deadlines by Approximately Four Months.**

Alternatively, the Court would keep a date-certain trial but move it, and each remaining pretrial deadline, approximately four months later, giving the Court additional time to decide the cross-motions before the parties' pretrial submissions are due.

| Event | Current Deadline (Dkt. 171) | Proposed Extension | Proposed New Deadline |
|---|---|---|---|
| Trial Exhibits Marked and Exchanged | December 30, 2026 | Approx. 4 months | April 28, 2027 |
| Motions in Limine (by 12:00 p.m.) | January 13, 2027 | Approx. 4 months | May 12, 2027 |
| Final Pretrial Memoranda (including proposed Points for Charge, voir dire, and Verdict Slip) | February 3, 2027 | Approx. 4 months | June 2, 2027 |
| Date Certain Jury Trial (9:00 a.m., Courtroom 11B) | March 8, 2027 | Approx. 4 months | July 19, 2027 |

WHEREFORE, the parties respectfully request that the Court grant this motion and either vacate the remaining deadlines pending its decision on summary judgment (Proposal 1) or amend the Fifth Amended Scheduling Order to extend the remaining trial deadlines and trial date as set forth above (Proposal 2).

Date: November 5, 2026

By: /s/ *Jane W. Wise*
**DLA PIPER LLP (US)**
J. Kevin Fee
Jane W. Wise
Olivia Houston
500 Eighth St NW
Washington, DC 20004
(202) 799-4000
kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com
olivia.houston@us.dlapiper.com

Staci J. Trager
200 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
staci.trager@us.dlapiper.com

Jordan Chisek
555 Mission Street
Suite 2400
San Francisco, CA 94105
jordan.chisek@us.dlapiper.com

Emily Green Radin
1251 Avenue of the Americas, 27th Fl.
New York, NY 10020
emily.radin@us.dlapiper.com

*Attorneys for Plaintiff American Society for Testing and Materials d/b/a ASTM International*

Respectfully submitted,

By: /s/ *Joseph C. Gratz*
**MORRISON & FOERSTER LLP**
Hannah Jiam (*pro hac vice*)
Joseph C. Gratz (*pro hac vice*)
Gene Novikov (*pro hac vice*)
Umeet K. Sajjan (*pro hac vice*)
Kate Im (*pro hac vice*)
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
HJiam@mofo.com
JGratz@mofo.com
GNovikov@mofo.com
USajjan@mofo.com
KIm@mofo.com

Sara A. Doudar (*pro hac vice*)
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125
SDoudar@mofo.com

*Attorneys for Defendants UpCodes, Inc., Scott Reynolds, and Garrett Reynolds*