**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-CFK<br><br>**JURY TRIAL REQUESTED** |

**DECLARATION OF THOMAS B. O'BRIEN, JR.**

I, Thomas B. O'Brien, Jr., hereby declare as follows:

57. I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration.

58. This Declaration is based on my personal knowledge. If called to do so, I would and could testify to the matters stated herein.

59. I am Vice President and General Counsel at ASTM International ("ASTM"). I have worked at ASTM since 2003.

60. ASTM does not lobby or otherwise attempt to influence local, state, and federal jurisdictions or other SDOs to reference its standards. Rather, for a variety of reasons, jurisdictions and others see fit to reference ASTM's high-quality standards on their own.

61. ASTM owns a U.S. federal trademark registration for the trademark ASTM (U.S. Trademark Reg. No. 2,679,320) (the "ASTM Mark") in connection with books featuring information on standardization of specifications and the methods of testing for various materials and products; promoting public awareness of the need for standards; educational services; and

providing a website on global computer networks featuring information in the field of specifications and methods of testing for various materials and products. ASTM has used this trademark since 1962. ASTM filed a Section 15 declaration in support of the incontestability of this registration. Attached as **Exhibits 165 and 166** are true and correct copies of the Certificate of Registration and the Section 15 declaration.

62. Through its exclusive, continuous and widespread use, ASTM's Mark has acquired a substantial amount of goodwill, and consumers have come to rely on ASTM's Mark to identify ASTM's high-quality goods and services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: November 19, 2026

Signed by:
TBO
32C1CBC1590A4FD...
Thomas B. O'Brien, Jr.