**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>UPCODES, INC.; GARRETT REYNOLDS; and SCOTT REYNOLDS,<br><br>Defendants. | Civil Action No.: 2:24-cv-01895-CFK<br><br>**JURY TRIAL REQUESTED** |

**DECLARATION OF JANE WISE**

I, Jane Wise, hereby declare as follows:

142. I am an attorney of record for Plaintiff ASTM International ("ASTM") in this matter. I submit this Declaration in support of ASTM's Opposition to Defendants' Motion for Summary Judgment and to place before the Court documents referenced in ASTM's contemporaneously filed opposition.

143. Attached as **Exhibit 167** is a true and correct copy of excerpts from the January 20, 2026 deposition of Danielle Delahanty in this matter.

144. Attached as **Exhibit 168** is a true and correct copy of excerpts from the February 24, 2026 deposition of Jeffrey H. Grove in this matter.

145. Attached as **Exhibit 169** is a true and correct copy of excerpts from the September 16, 2026 deposition of Ray Shipman.

146. Attached as **Exhibit 170** is a true and correct copy of a November 18, 2026 screenshot of UpCodes' webpage showing the result of the "Code Compare" tool for Pennsylvania Deformed and Plain Carbon-steel Bars for Concrete Reinforcement Code 205ae1.

147. Attached as **Exhibit 171** is a true and correct copy of a November 18, 2026 screenshot of ICC's webpage showing a section of the 2022 California Building Code.

148. Attached as **Exhibit 172** is a true and correct copy of excerpts from the August 27, 2026 deposition of Douglas Kidder.

149. Attached as **Exhibit 173** is a true and correct copy of a November 20, 2026 screenshot of ICC's webpage showing Chapter 35 of the 2018 International Building Code.

150. Attached as **Exhibit 174** is a true and correct copy of excerpts from the August 31, 2026 deposition of Jeffrey A. Stec, Ph.D. in this matter.

151. Attached as **Exhibit 175** is a true and correct copy of excerpts from the March 12, 2026 deposition of Thomas O'Brien in this matter.

152. Attached as **Exhibit 176** is a true and correct copy of excerpts from the February 17, 2026 deposition of Roger Rudy of EwingCole in this matter.

153. Attached as **Exhibit 177** is a true and correct copy of a November 20, 2026 screenshot of Compass showing the first page of A722/A722M-18 and the compare versions tool applicable to that standard.

154. Attached as **Exhibit 178** is a true and correct copy of an Agreement between UpCodes and the American Society of Civil Engineers, produced in this matter bearing the Bates-stamp ASTM_UPCODES00081229 and marked as Exhibit 15 to the deposition of Scott Reynolds.

155. Attached as **Exhibit 179** is a true and correct copy of excerpts from the January 29, 2026 deposition of Garrett Reynolds in this matter.

156. Attached as **Exhibit 180** is a true and correct copy of a screenshot of NFPA Model Codes on UpCodes' website.

157. Attached as **Exhibit 181** is a true and correct copy of the PDF version of ASTM A36/A36M-19, Standard Specification for Carbon Structural Steel.

158. Attached as **Exhibit 182** is a true and correct copy of a January 15, 2024 email from UpCodes that was produced in this matter bearing the Bates-stamp NKARCHITECTS00002183. This document was referenced in paragraph 81 of ASTM's Statement of Additional Facts but inadvertently omitted as an exhibit to the Wise Declaration.

159. Attached as **Exhibit 183** is a true and correct copy of the Proposed Rules section of the Federal Register, Vol. 78, No. 191 dated October 2, 2013.

160. Attached as **Exhibit 184** is a true and correct copy of a November 20, 2026 screenshot of ICC's webpage showing a section of the 2019 California Building Code.

161. Attached as **Exhibit 185** is a true and correct copy of a November 20, 2026 screenshot of ASTM's Compass showing the first page of A690/A690M-24 and the compare versions tool applicable to that standard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: November 20, 2026

By: */s/ Jane W. Wise*
Jane W. Wise