**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **UPCODES, INC., et al.,** *Defendants.* | : | **NO. 24-1895** |

**ORDER**

**AND NOW**, this **24th** day of **November 2026**, upon consideration of Plaintiff's Motion for Leave to File Under Seal (the "Plaintiff's Motion") (ECF No. 209), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 209) is **DENIED without prejudice**;
2. Plaintiff is **DIRECTED** refile a Motion for Leave to File Under Seal, which identifies the information to be maintained under seal in accordance with *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019), on or before **December 15, 2026 at 12:00 P.M. (noon)**. If Plaintiff does not file a renewed Motion for Leave to File Under Seal, the Court intends to unseal the exhibits that have been provisionally filed under seal.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**